## NUBIA EL BEY FAMILY NON-NEGOTIABLE PRIVATE INTERNATIONAL CESTUI QUE VIE INTERNATIONAL GOLD CONSTITUTIONAL STOCK TRUST.

**Receipt #158193 Instr # 2021-4085 VOL 7749 PG 199**

Under **CT Gen Stat § 45a-234 (2013)** (CGS § 49-41(f)); 40 U.S. Code § 3133 & 40 U.S.C. 3132
C.G.S.§ 42A- 1 File Number 0003103650 Microfilm Volume 00579

(Note: A timely Notice of Affidavit of Express Irrevocable Complex Stock Trusts -Claims and Opportunity to Cure — no copies.) SPACE HEREIN THIS FOREIGN COMMERCIAL AFFIDAVIT SECURITY AGREEMENT PURSUANT Constitution of Connecticut (1818) pursuant to Article Tenth General Provisions §1 Article First Declaration of Rights § 2, ( Haines V kerner, 404 US 519 919720 , & Platsky V CIA Case #953 F2d 26) FOR RECORDER'S USE (See page 1 through 12 for Certificate of Mailing.) NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL; NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT (Applicable to all Successors and Assigns) Substitute House Bill No.7104, Public Act No. 19-137, For Official Use Only.

Julia Assignor or Grantor, Brown Sole-Beneficiary
Appears as: Sui Juris Pro Se, Sui Juris, In Propia Persona and
 Pro Per Information (Sui Juris) in
cited at Conn. Const., art. I § 2
NUBIA EL BEY FAMILY non-negotiable PRIVATE
International Cestui Que Vie **International Xpress Constitutional Irrevocable Complex Stock Trusts**,
 to person(s) entitled Other reason for distribution: Public Law 89-719, Public Law 73-10, aka HR 3835, aka HJR-192, aka 31 USC 5118 d2, aka 12 USC 95 a 2; H.R3363; H.R.4037 — 116th Matters Act CLAIM Act under <u>Civil Relief Act 50 U.S.C. 3901-4043</u> <u>Substitute House Bill No.7104, Public Act No. 19-137</u>
41 center street Rural Route,
City of Hartford, Connecticut near [06120]
C/o MAILING: Box 320073, Rural Route,
City of Hartford, Connecticut near [06123]

JUL 22 2021 PM 1:57
FILED-USDC-CT-HARTFORD

## FOREIGN AFFIDAVIT OF ADJUDICATIVE FACTS EXPRESS IRREVOCABLE COMPLEX STOCK TRUSTS -CLAIMS AMENDMENT AND TOTAL REPLACEMENT C.G.S. 47-12a. see 5 U.S. Code § 552.

**RECORDING REQUESTED BY:**
 Recording Requested and Return to
The **NUBIA EL BEY FAMILY INTERNATIONAL GOLD CONSTITUTIONAL TRUST**
The people aka Julia -Ann: Brown
Assignor or Grantor
C/o 156 N 18TH Street, Rural Route,
East Orange, New Jersey Non-Domestic
without the US Near U.S.P. [07017-5311]

 C.G.S. § 4-153. Records of Claims
Birth certificate Number 004815 -001073647
PRE-PAID Unique Exemption Number: 248682442
Account Full Faith and Credit NO FILE NO. 10217761
**Grantor and sole-Beneficiary**
The Letters of Testamentary Issue and sole-Beneficiary ship
Issue to of the following Trusts:

*3:21 MC 48*

 To Be Recorded on Court/Land Record of the name of the Heir of ALL things, redemption of securities held in the East Orange, minor's account matter Wayne Anthony Hibbert Date of birth August 02/22/1943 F, Full Faith and Credit NO. -16056207-2; Birth certificate No 139-43-05713-SC0456304 and Unique Exemption Number: 248682442; Under CT Gen Stat § 45a-234 (2013) (CGS § 49-41(f)); 40 U.S. Code § 3133 & 40 U.S.C. 3132 C.G.S.§ 42A-UCC 1 File Number 0003103650 Microfilm Volume 00579

To all People, and Public Officers these Presents shall come, Greetings in peace:

Point of Law: All Express Irrevocable Complex Stock Trusts or contracts commence an offer and only become binding upon acceptance.  See: "Contracts" by Farnsworth, third edition, sect. 3.3, pages 112, 113. Infra.

The undersigned Grantor and sole-Beneficiary, being of full age and sound mind, and will testify to the fact, interested in this proceeding as set forth in statement of account of the Terms of Acceptance of Express Irrevocable Complex Stock Trusts Security Agreement the issuance and service of payment, in this matter and consents of acceptance of position of sole-Beneficiary.

RE Account Full Faith and Credit NO. - 16056207-2; Birth certificate No 139-43-05713-SC0456304 and Unique Exemption Number: 248682442: Bond # NOTICE & SECURITY both Grantor and sole-Beneficiary shall have remedy by due course of law, and right and justice administered without sale, denial, or delay under 1789 Article. I Section. 1, 8, 10, IV. Section. 1, and VI Constitution for United States Re: 5 U.S. Code § 3331and Article First Declaration of Rights SEC. 2. 1818 Constitution The state of Connecticut Re: CGS § 1-25 Pursuant to Matters Act CLAIM Act under Civil Relief Act 50 U.S.C. 3901-4043, Instructions Not Subject to Negotiability filed, and good cause being found, demand remedy, relief and The Trustees hereby orders to enforce payment benefit to the sole-Beneficiary, of account Full Faith and Credit No. - 16056207-2; Birth certificate No 139-43-05713-SC0456304 and Unique Exemption Number: 248682442.

To Have and to Hold, the premises hereby conveyed, with the appurtenances thereof, Julia   the ("Grantor")   unto the Express Irrevocable Complex Stock Trusts and unto Brown   the ("sole-Beneficiary") assigns forever and to the sole-Beneficiary and his own proper use and behalf: And are sole-Beneficiary do for himself, his heirs, successors and assigns covenant with Julia the ("Grantor"), and its assigs are Brown  the sole-Beneficiary are well seized of the premises ai a good indefeasible estate in FEE SIMPLE; and have freedom to grant and convey the same in manner and form as herein written and the same are free from all encumbrances whatsoever, except as herein stated. This is a binding self-executing contract between all parties here-in.

WHEREAS Julia ("Grantor") evidenced by his Signature on EVERY Instrument (Applications, Bonds, Complaints, Infractions, Mortgages, Notes, Summonses, True Bills) creates and grants EVERY Instrument into this IRREVOCABLE TRUST created Account Full Faith and Credit NO. -- 16056207-2; Birth certificate No 139-43-05713-SC0456304 and Unique Exemption Number: 248682442 for Brown, the ("sole-Beneficiary") on 02/22/1943 and

WHEREAS EVERY Instrument Evidence Debt created by Grantor, EVERY Instrument is a TRUST ASSET to which the respective Holders (Custodian of the Legal Allodial Titles Express Irrevocable Complex Stock Trusts's Property) are the Trustees as Public Servant of the Express Irrevocable Complex Stock Trusts.

The law, venue, and jurisdiction of this Security Agreement is the ratified, finalized, signed, and sealed private contract freely entered into by and between Grantor and sole-Beneficiary as registered herewith.

This Security Agreement is contractually complete herein and herewith and cannot be abrogated, altered, or amended, in whole or part, without the express, written consent of both Grantor and sole-Beneficiary.

Grantor is the transmitting utility, and unincorporated, proprietary trademark of sole-Beneficiary, and all property of Grantor is the secured property of Express Irrevocable Complex Stock Trustss.

Any unauthorized use of Grantor in any manner that might influence, affect, pertain to, or be presumed to pertain to sole-Beneficiary in any manner is expressly prohibited without the written consent of sole-Beneficiary.

TOGETHER with all right, Allodial title and interest, if any, of the party of the Grantor, in and to any Property Including But Not Limited To: body, Eyes, Fingerprint and Handprint, RNA, DNA, or other bodily fluids, organ, and Photograph, Video, Voice, Recording, Birth certificate, Driver's License ID, Passport, Custodian Accounts, All Bank Accounts, Safety Deposit Boxes, Certificates Of Deposit (Cd), Retirement Funds, 801k's, 401k's, Real Estate, Stocks, Bonds Of Any Type, Securities, Cash On Hand, Jewelry, Houses, Lands, Motor Vehicles, Automobiles, Motorhomes, Aircraft, Watercraft, Household Furniture, Guns, Ammunition, Coin Collections, All Collectibles Items, Insurance Policies, Credit Cards, Lines of Credit, All Revenue Streams And Sources Of Income From Any Source, Farm Equipment, Farm Supplies, Heavy Equipment, Crops, Farm Animals, Machinery, Tools, Buildings, Structures, Office Equipment And Supplies, All Corporate Assets, Water Rights, Mineral Rights, land Rights, Intellectual Properties, Patents, Inventions, abutting the above Property thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the Grantor, in and to said Property and Trust; TO HAVE AND TO HOLD the Property and Trust herein granted unto the party of the Trustees as Custodian (s) of the Express Irrevocable Complex Stock Trustss, the sole-Beneficiary and assigns of the party of the Trustees as Custodian (s) of Express Irrevocable Complex Stock Trustss, and this agreement will inure to the benefit of any successor to the Express Irrevocable Complex Stock Trusts business account of the sole-Beneficiary to which this agreement relates Account Full Faith and Credit NO. -- 16056207-2; Birth certificate No 139-43-05713-SC0456304 and Unique Exemption Number: 248682442 forever

Notice: the Grantor Demand for Specific job performance pursuant to Express Irrevocable Complex Stock Trusts law, The Trustee shall perform the duties specified in in This Express Irrevocable Complex Stock Trusts to Restore Above – Grantor and sole-Beneficiary's Name to good sanding and to Pay sum of 900,000,000,000.00 (NINE HUNDRED BILLION US DOLLARS) Public Law: "Chap 48, 48 Stat. 112 in lawful money US Gold American Eagle 50 dollars coin of .999 fine Gold United States Mint, 31 USC 5112 benefit account Full Faith and Credit NO. -- 16056207-2; Birth certificate No 139-43-05713-SC0456304 and Unique Exemption Number: 248682442 to Brown  sole-Beneficiary only and send unlimited credit card to Brown sole-Beneficiary for the settle all past, present, and future public debts and obligations incurred by sole-Beneficiary on behalf of Grantor. Brown  sole-Beneficiary Accepted For Value, and Returned for Settlement Account Full Faith and Credit NO. -- 16056207-2; Birth certificate No 139-43-05713-SC0456304 and Unique Exemption Number: 248682442   Balance Now Due And Owing By Grantor to sole-Beneficiary, Grantor: and sole-Beneficiary's Name to good sanding and to Pay sum of 900,000,000,000.00 (NINE HUNDRED BILLION US DOLLARS) Public Law: "Chap 48, 48 Stat. 112 in lawful money US Gold American Eagle 50 dollars coin of .999 fine Gold United States Mint, 31 USC 5112 Account Full Faith and Credit NO. -- 16056207-2; Birth certificate No 139-43-05713-SC0456304 and Unique Exemption Number: 248682442 "Non-Negotiable Issuance of a Certificate of payment to sole-Beneficiary. The Grantor and sole- Beneficiary has authorized Trustees with limited Power of Attorney to make any and all assign this Etters of testamentary issue and trusteeship issue to of the following necessary to bring Non-Negotiable Issuance of a Certificate of payment to sole-Beneficiary and this Express Irrevocable Complex Stock Trusts into complete and lawful enforcement, Notice to Agent Inferior is Notice to Trustee Superior. Notice to Trustee Superior is Notice to Agent Inferior.

Please chargeback the Undersigned's account Unique Exemption Number: 248682442, for the same value including interest, penalties, and fees necessary for securing, registration, and discharge of the public liability. As you know, this is a public debt obligation of the Grantor. This is an order

3

to adjust the account, discharge the debt, and zero the account for all presentments that have been Accepted for Value and endorsed with Grantor and sole-Beneficiary's valid signature. These presentments will be delivered to you or to your Accounts Management office by UNITED STATES mail by the Grantor and sole-Beneficiary, undersigned below.

This Registered and Posted Account Unique Exemption Number: 248682442, part of the Undersigned's tax estimate, is directed for use (priority) for the Sole-Beneficiary (Article IV, Section IV of the original Constitution for the Republic, the United States of America) in accord with public policy HJR-192 (discharge of the public debt).

Trustees as Custodian -in-charge, and/or your Deputy-in-charge, is to take the Undersigned's acceptance (BA), this Article Seven receipt, in exchange for the tax exemption priority.  This Chargeback Order, in accord with HJR 192 June 5, 1933; 73rd Congress, 1st Session; Public Law 89-719, Public Law 73-10, aka HR 3835, aka 31 USC 5118 d2, aka 12 USC 95 a 2; H.R3363; H.R.4037 is hereby presented for the receiver to the Federal Window, for settlement, by Electronic Funds Transfer (EFT), to unlimited Credit Cards of any presentments tendered to you by the Undersigned Sole-Beneficiary, which must be completed within the three (3) day Truth-in-Lending time (Regulation Z).

The Posted Registered Account Receipt #158193 Instr # 2021-4085 VOL 7749 PG 199 common-law Service: Fax / Hand Delivery /  Certified Mail, under (UCC) C.G.C.§ 42a-1-207 Registered Birth Certificate Number 004815 -001073647, U.S. Unique Exemption Number: 04566446767 complete delivery Secure by trustee or agent  signature, trustee official seal or stamp on Return Receipt requested signed is acknowledged fund, now part of Sole-Beneficiary's Express Irrevocable Complex Stock Trustss, directed (priority) use for the Sole-Beneficiary (Article IV, Section 4 of the original Constitution for the Republic the United States of America) in accordance with public policy HJR-192 (Discharge of Public Debt). Deidre S. Gifford, MD, MPH Commissioner -in-charge and/or Deputy-in-charge, are to take Undersigned's acceptance (Sole-Beneficiary), this Article Seven Receipt, in exchange for tax exemption priority. This "Non-Negotiable International Bill of Exchange" according to HJR-192; Public Law 89-719, Public Law 73-10, aka HR 3835, aka 31 USC 5118 d2, aka 12 USC 95 a 2; H.R3363; H.R.4037 is presented for receivership to the Federal Reserve (Bank) Window Accountant for final payoff, transferring same to Undersigned's private trust account number: Unique Exemption Number: 248682442 as (EFT) unlimited Credit Cards three (3) days Truth-in-Lending time for settlement of retail agreements.

With this POSTED transaction, the CHARGEBACK charges documented by the enclosed forms, for use by the sole-Beneficiary, is complete.  The International, Receipt #158193 Instr # 2021-4085 VOL 7749 PG 199 common-law Service:  Fax / Hand Delivery / Certified Mail, under (UCC) C.G.C.§ 42a-1-207 Registered Birth Certificate Number 004815 -001073647, U.S. Unique Exemption Number: 04566446767 complete delivery Secure by trustee or agent signature, trustee official seal or stamp on Return Receipt requested signed is acknowledged is accepted as acknowledgement from Deidre S. Gifford, MD, MPH Commissioner without dishonor.

IRREVOCABILITY: This trust can only be revoked, altered, amended, or terminated by Grantor. By this instrument the Grantor expresses that Account Full Faith and Credit NO. Birth certificate No 139-43-

05713-SC0456304 -16056207-2; BIRTH CERTIFICATE NO 139-43-05713-SC0456304, is the sole-Beneficiary who shall enjoy EVERY trust asset account attach to Account Full Faith and Credit NO. -- 16056207-2; Birth certificate No 139-43-05713-SC0456304 and Unique Exemption Number: 248682442.

For the public record, Grantor in Good Faith in the name and by the authority of the good people of United States of America, States, and the state of Connecticut and good cause being found, demand remedy, relief and respectfully moves the Office of the Trustees as Custodian; Commercial Officials, Government Officers of Express Irrevocable Complex Stock Trustss, Successors and Assigns with this acknowledgment. This agreement has been signed by:// both Grantor and sole-Beneficiary; the Grantor Assigner to the Assignee sole-Beneficiary, Successors of the Grantor Assigner, and Agent the Trustees as Custodian (s) of Express Irrevocable Complex Stock Trustss, and this agreement will inure to the benefit of the sole-Beneficiary only, to the Express International Complex Stock Trusts business Account Full Faith and Credit NO. -- 16056207-2; Birth certificate No 139-43-05713-SC0456304 and Unique Exemption Number: 248682442 of the sole-Beneficiary to which this agreement relates Account Full Faith and Credit NO. - 16056207-2; Birth certificate No 139-43-05713-SC0456304 and Unique Exemption Number: 248682442.

Accepted and returned for closure, discharge and settlement of this accounting. See attached copy of Registered 16056207-2; Birth certificate No 139-43-05713-SC0456304. Trustees are using sole-Beneficiary exemption. Send sole-Beneficiary the voucher immediately. Equality under the law is paramount and mandatory. sole-Beneficiary competent to handle sole-Beneficiary affairs. If Trustees think you are representing Grantor in this matter, you and your heirs/assigns/agents are hereby Order settlement and pay full benefit to the sole-Beneficiary.

Grantor and sole-Beneficiary have carefully read and reviewed this NUNC PRO TUNC IRREVOCABLE EXPRESS TRUST AGREEMENT and fully understand it. Unless this is rebutted within the time limit contained herein, and the conditions of the rebuttal are met, you, or any representative in any capacity of any agency, government, corporation, or the like, agree to abide by this contract anytime that you interact with Grantor and sole-Beneficiary.

Grantor and sole-Beneficiary nunc pro tunc voluntarily execute this NUNC PRO T UNC IRREVOCABLE EXPRESS TRUST AGREEMENT on this 02/22/1943.

## ORDER

Please deposit this Bond to an account bearing the common-law Service: Fax / Hand Delivery / Certified Mail, under (UCC) C.G.C.§ 42a-1-207 relates Account Full Faith and Credit NO. - **16056207-2; Birth certificate No 139-43-05713-SC0456304 and Unique Exemption Number: 248682442** complete delivery Secure by trustee or agent signature, trustee official seal or stamp on Return Receipt requested signed is acknowledged for future identification purposes, and to be used as a set off account against any bills, taxes, or claims, and the like, against Sole-Beneficiary, Unique Exemption Number: 248682442, or any bills, taxes, or claims, and the like, against the Grantor, DEBTOR, to sole-Beneficiary, Secured Party (see enclosed Certificate of Live Birth number 139-43-05713-SC0456304), said claim(s) to have been "accepted" and endorsed by sole-Beneficiary.

Please adjust any bills, taxes, or claims, and the like, against sole-Beneficiary [see Certificate of Live Birth139-43-05713-SC0456304] or the Grantor to zero, charge, settle and close any such account, and return the interest to the principal, sole-Beneficiary at the above post location. Trustees as Custodian of the Express Irrevocable **Complex Stock Stock Trusts** Commercial Officials, Government Officers shall have Thirty (30) days from the date of receipt of this Bond, as witnessed by the Date of Receipt affixed to the US POST OFFICE INTERNATIONAL MAIL Receipt, to dishonor this Bond by returning this Bond to the Principal, with an explanation of all deficiencies, at the stipulated mailing address by non-domestic post. Failure to return the Bond as stated shall constitute Acceptance and Honoring of this Bond, the Associated transactions, and presentments, in accordance with the Law, by Trustees as Custodian of the Express Irrevocable **Complex Stock Trusts**; Commercial Officials, Government Officers to all

5

of the Terms and Conditions contained herein.

Negotiate this discharge item through the back office for settlement via the pass through account at the treasury window under public policy for discharge of debts in accordance HJR 192 June 5, 1933; 73rd Congress, 1st Session and all associated policies. Charge exempt Account Full Faith and Credit NO. -- 16056207-2; Birth certificate No 139-43-05713-SC0456304 and Unique Exemption Number: 248682442.

This Bond shall be ledgered, as an asset, as best suits the needs of the undersigned principal. This Bond expires at the moment Real Man Name expires. Void where prohibited by law.

# INTERNATIONAL EXPRESS CONSTITUTIONAL IRREVOCABLE COMPLEX STOCK TRUSTS -CLAIMS

**Trustor and Trustees**
The Letters of Testamentary Issue and Trusteeship
Issue to of the following Trusts:

U.S. District Court of Connecticut
Clerk of Records
450 Main St, Hartford, CT 06103

U.S. District Court of Connecticut
Clerk of National records
U.S. Citizenship and
Immigration Services
National records center
P.O. Box 648010
Lee's Summit, MO 64064-8010

Noel F. McGregor
Town Clerk
City of Hartford, Connecticut
Hartford Town Hall
550 Main Street
Hartford, CT 06103
Tel: (860)757-9500

Denise W. Merrill
CT Secretary of State

Hereafter Trustee

The Office of CT Secretary of State
Address: 30 Trinity St, Hartford, CT 06106

Antony J. Blinken
UNITED STATES SECRETARY OF STATE
2201 C Street, NW Washington, D.C. United
States 20520

Deidre S. Gifford, MD, MPH
Commissioner
Department of Social Services
20 Meadow Road, Windsor, Ct 06095
PO Box 990031
HARTFORD, CT. 06199-0031

Kevin Lembo
State of Connecticut Office of the State
Comptroller
55 Elm St, Hartford, CT 06106

Point of Law: All Oath of Office or contracts commence an offer and only become binding upon acceptance. See: "Contracts" by Farnsworth, third edition, sect. 3.3, pages 112, 113. Infra.

This Notice is in the nature of a Miranda Warning. Take due heed of its contents. If, for any reason, you do not understand any of these statements or warnings, it is incumbent upon you to summon a superior officer, special prosecutor, federal judge, or other competent legal counsel to immediately explain to you the significance of this presentment as per your duties and obligations in respect to this private, formal, registered common law Staple Securities Instrument. As per Title 11 USC 501(a), 502(a), 11 USC 7001, 7013, and Federal Rules of Civil Procedure Sections 8-A, AND 13-A, the claim or presumption that both Grantor and sole-Beneficiary, am a citizen or National, to the "UNITED STATES" or any of its agencies or sub-corporations is forever rebutted by this contract. This rebuttal is a counterclaim in common law.

Trustee(s) Failure to timely do so leaves Trustee in the position of accepting full responsibility for any and all liabilities for monetary damages, as indicated herein, that sole-Beneficiary incur by any adversely affecting injuries caused by Trustee overt or covert actions, or the actions of any of Trustee's fellow public officers and agents in this or any other relevant matters as described herein. Trustees have thirty (30) days, from the date that this document is received by the Clerk of the Department of Social Services, to respond and rebut the presumptions of this contract by submitting to me signed, certified, authenticated documents of the laws that rebut these presumptions point by point, On and For the Record under penalties of the law including perjury. This document will be on file in the Commercial Officials, and Government Officers public record; and the clerk in charge of the Commercial Officials, and Government Officers public record is charged to distribute this to any and all responsible parties, i.e., officers of the court, and/or law enforcement officers including local, state, federal, international, multi-jurisdictional, or any and all officers, representatives, contractors, agencies, or any such entity or person that may bring any type of action, whether civil or criminal or other, against both Grantor and sole-Beneficiary whether in this county, state, region, area, country, corporation, federal zone, or in any venue and/or jurisdiction. Trustee's failure to timely rebut the statements and warnings herein constitute your complete, tacit agreement with all statements and warnings contained herein. Trustee's presumptions that both Grantor and sole-Beneficiary are the subjects of Commerce, Citizens; National, Taxpayer and being imported goods or one of Town, City, County, District, Territory, United States of America, States, and State of Connecticut's Citizens; National, or Taxpayer; the Grantor and sole-Beneficiary the Undersigned do not fall within the meaning founded upon within the U.S. constitution Articles 1, 3 &4, of a power or Constitutional Jurisdiction given to congress to regulate commerce and the prohibition of the Town, City, County, District, Territory, United States of America, States, and State of Connecticut for imposing a duty on its Citizens; National, Taxpayer, Franchises, Corporate Fiction" or "Legal Entity" subjects, naval forces, or in the militia when in actual service or imported goods. And under trustee corporate "UNITED STATES or STATES" jurisdiction are now and forever rebutted.

The Grantor and sole-Beneficiary, the Undersigned, tendering this document, am a Private People of Posterity; a Sovereign Personam Sojourn; by fact; not a Article Third or Fourth US citizen, National, or surety within; or subject for; or allegiance to; your corporate "UNITED STATES"; or to any de facto, compact, corporate, commercial STATES contracting therein; only to the "Nunc Pro Tunc Irrevocable Express Trust," nonetheless carrying with me exclusive, original, sovereign jurisdiction and venue having one supreme court and United States Court of International Trade. This is a matter of public record, tendered by way of certified mail to Commercial Officials, and Government Officers. These pages are recorded upon liber records and books in the REGISTRAR OF DEEDS AND STOCK TRUSTS offices including, but not limited to Commercial Officials, and Government Officers.

UCC -C.G.S. § 42a-1-202. Notice and Knowledge: both Grantor and sole-Beneficiary of the Express Constitutional Irrevocable Complex Stock Trusts acceptance the Following agent of United States of America, States, and the state of Connecticut, Law Firms, Federal Reserve Bank, Corporations, Franchises' Commercial Officials, Federal Reserve Bank officers and Government officials, following Commercial Officials, and Government Officers as Trustee(s). To Express Constitutional Irrevocable Complex Stock Trusts's Agent has limited Powers of Attorney to enforcement of Express Constitutional Irrevocable Complex Stock Trusts Pursuant and limited to United States Constitution to wit: Article 1 through 7 in accordance with 1818 Conn. Constitution to wit: Article First Declaration of Rights 1 through 21, General Statutes § 1-25 herein granted Upon Whom Any Process, In Any Action or Proceeding Against Express Constitutional Irrevocable Complex Stock Trustss, the Grantor and sole- Beneficiary has authorized Trustees with limited Power of Attorney to make any and all assign this Etters of testamentary issue and trusteeship issue to of the following necessary to bring this declaration of Express Constitutional Irrevocable Complex Stock Trusts into complete and lawful enforcement, Notice to Agent Inferior is Notice to Principal Superior. Notice to Principal Superior is Notice to Agent Inferior.

Please be advised that Commercial Officials, Government Officers you are hereby noticed of Brown Sole-Beneficiary right to demand specific performance from your Constitutional financial institution (securities intermediary) as it relates to Sole-Beneficiary interest in the financial asset identified as the Debt for Account Full Faith and Credit NO. -16056207-2; BIRTH CERTIFICATE NO 139-43-05713-SC0456304. This claim of interest

and demand for specific performance is made pursuant to Constitution of Connecticut (1818) pursuant to Article Tenth General Provisions §1 under Article First Declaration of Rights §2, UCC 8-503(c) which identifies Brown rights as a Sole-Beneficiary. A Grantor acquires a security entitlement if a securities intermediary receives a financial asset from the Grantor (i.e. issuer). Commercial Officials, Government Officers, as you well know, presumed, I am the Grantor/Issuer of the security identified as Account Full Faith and Credit NO. -16056207-2; Birth Certificate NO 139-43-05713-SC0456304 with an entitlement right to liquidation (as required) of Account Full Faith and Credit NO. -16056207-2; Birth Certificate No 139-43-05713-SC0456304.

Pursuant to 1789 Article. I Section. 1, 8, 10, IV. Section. 1, and VI Constitution for United States Re: 5 U.S. Code § 3331and Article First Declaration of Rights SEC. 2. 1818 Constitution The state of Connecticut Re: CGS § 1-25, UCC -C.G.S. 42a-8-505-8-507, you have a duty to protect Brown Sole-Beneficiary rights concerning Brown Sole-Beneficiary property interest in the aforesaid financial asset and make payments and distributions per my instructions. You are hereby authorized to perform the following entitlement order liquidation (as required) of trust account:

1. The Plain Writing Act of 2010 signed by executive order # 13563 which has been enacted by the United States of America is the only language to be used in this case. We will only speak, write, read and comprehend plain English and plain English is to be used in this case, orally and written.

2. It is important that the Pro se (Sui Juris) Grantor and Sole-Beneficiary has a proper way of enforcing Pro se (Sui Juris) Grantor and Sole-Beneficiary' freedom and Immunities secured in the constitution. The trustee Commercial Officials, Government Officers.  The Pro se (Sui Juris) Grantor and Sole-Beneficiary Constitutional rights set of prima facie evidence, proof of jurisdiction C.G.S. § 54-33c. Express Constitutional Irrevocable Complex Stock Trusts -Claims Signed Orders. Take Notice Conn. Code. Evid. 2-1 The undersigned, being of full age and sound mind, and interested in this proceeding as set forth in statement of Adjudicative Facts account of Account Full Faith and Credit NO. -- 16056207-2; Birth certificate No 139-43-05713-SC0456304 and Unique Exemption Number: 248682442 the Terms of Acceptance of this Foreign Affidavit Security Agreement the issuance and service of citation, in this matter and consents of the Assignments C.G.S, 42a- 2-210; under 31 U.S. Code § 3727 - Public Notice of Adjudicative Facts to Move the Commercial Officials, Government Officers release all trust asset Account Full Faith and Credit NO. -- 16056207-2; Birth certificate No 139-43-05713-SC0456304 and Unique Exemption Number: 248682442 All distributions of which I am entitled are to be ledgered on the accounts receivable side of Account Full Faith and Credit NO. -16056207-2; Birth Certificate No 139-43-05713-SC0456304 to pay to just compensation under Constitution of Connecticut (1818) pursuant to Article Tenth General Provisions §1 under Article First Declaration of Rights §2.

3. You are to redeem the financial asset and settle and close all accounts associated with Account Full Faith and Credit NO. -- 16056207-2; Birth certificate No 139-43-05713-SC0456304 and Unique Exemption Number: 248682442 notify Brown Sole-Beneficiary at the above address within Thirty (30) days after receipt of this correspondence as evidence by the USPS Return Receipt.

4. The organic Constitutions of the United States of America, and the State of Connecticut and the Oath of Office of the Commercial Officials, Government Officers -named Constitutional Civil Servants, amounts to nothing more than an offer of an intention to act, or refrain from acting in a specified way between the respective Constitutional obligation of public service to the Constitution for the United States of America Article. VI.  in Accordance with enforcement Constitution of Connecticut (1818) pursuant to Article Tenth General Provisions §1 Article First Declaration of Rights §2 and the private freedom and independent The sole-Beneficiary and for other purposes.

5. Be it known by these presents that I, sole-Beneficiary as The Authorized Representative, do hereby accept the organic Constitutions of the United States of America and of the State of Connecticut and the Oath of Office of the above named Constitutional Civil Servants as your open and binding offer of promise to form a firm and binding contract between the respective governments, their political instrumentalities and the above named Constitutional civil Servants and The sole-Beneficiary's private capacity. The UNITED STATE Supreme Court has ruled that a natural man or woman is entitled to relief for free access to its judicial tribunals and public offices in every State in the Union -- 2 Black 620, see also Crandell v. Nevada, 6 Wall 35.

6.  I, the sole-Beneficiary, expect that, as a Constitutional civil Servants, you will perform all of your promises and stay within the limitations of your constitutions, create no unfounded presumptions, seek only the true facts and tell the truth at all times and respect and protect Brown Sole-Beneficiary's life, freedom and property against all enemies foreign and domestic and Brown Sole-Beneficiary right of personal freedom and independent and private property and all rights antecedent thereto. The as the Sole-Beneficiary as the usufructuary Assign to the Agents of Office of the Claims Commissioner and Office of Attorney General has authorization limited Power of Attorney to make any and all assign this Etters of testamentary issue and Fiduciary trusteeship issue to of the following necessary to enforcement Constitution of Connecticut (1818) pursuant to Article Tenth General Provisions §1 under Article First Declaration of Rights §2. "The Constitution was made not to act upon the legislative department alone, but upon every department of the government." Way v. Hillier, 1 6 Ohio 105.

7.  The foregoing Notice of Acceptance of Constitutions and of Oath of Office is made explicitly without recourse and now constitutes a binding contract and any deviation there from will be treated as a breach of contract and a violation of substantive due process. "The provisions of the Constitution must be given effect even if in doing so a statute is held to be inoperative." State ex reI. West v. Butler, 70 Fla. 1 02, 69 So. 77 1.

8.  Title 28 USC 1602-1611 (Foreign Sovereign Immunities Act) which allows the jurisdiction of a court to be challenged, and a demand of proper jurisdiction to be stated.

9.  The Supreme Court ruled that municipalities cannot exert any acts of ownership and control over property that is not OWNED by them, see Palazzolo v. Rhode Island, 533 US 606, 150 L. Ed. 2d 592, 121 S. Ct. (2001) (no expiration date on the takings clause for city's illegal enforcement of its codes on the man's private property and restricting the man's business), affirming both Lucas v. South Carolina Coastal Council, .505, US 1003, 120 L. Ed. 2d 798 (1992) (butterfly activists and code -enforcement cannot restrict development of the man's private swampland unless they lawfully acquire the land FIRST, surveying with binoculars constitutes a "takings"), and Monterey v. De1 Monte Dunes, 526 US 687 (1999), 143 L. Ed. 2d 882, 119 S. Ct.(1998). **Trustee as Fidelity Performance Bond 29 U.S. CODE § 1109 - Liability for Breach of Fiduciary Duty Bill of Costs...Causes of Action Under 18 U.S.C. § 1341, 18 U.S.C. § 1951, and 15 U.S.C. § 77q.** From The Provisions of the Securities Act, Pursuant to 15 U.S.C. § 77c(a)(2), See, e.g., 12 C.F.R. § 612.200 et seq. See also Boyster v. Roden, 628 F.2d 1121 (8th Cir. 1980). Branch is responsible for defense of Brown Sole-Beneficiary claims involving takings of personal property.

10. Non-negotiable private Constitutional Irrevocable Complex Stock Trusts Indemnity Bond secured agreement does hereby assign, 1789 Article. I Section. 1, 8, 10, IV. Section. 1, and VI Constitution for United States Re: 5 U.S. Code § 3331 and Article First Declaration of Rights SEC. 2. 1818 Constitution The state of Connecticut Re: CGS § 1-25 in accordance with Title 9, Title 12 U.S.C. of Notice of Authorized Representative (s)'s  Demand for Specific Job Performance Constitution Article Tenth General Provisions §§1-5 under C.G.S. §1-25 in accordance with 19 U.S. Code § 1623; [USC02] 15 USC Ch. 2B and C.G.S. § 42A- 8-402 Accepted for full value this presentment, attachments and ALL related endorsements, front and back, in accordance with (Uniform Commercial Code) C.G.S. § 42A- 3-419, Public Law Chapter 48,48 stat112, House Joint Resolution 192 of JUNE 5, 1933 and P.L. 73-10, 48 stats 31 of the Agricultural Adjustment Act of 1938 Against public policy. Please release ALL proceeds, products, accounts, and fixtures of Counsel of record Agents, of THE STATE OF CONNECTICUT for taking freedom to travel and property of Authorized Representative secure in Constitution Conn. Article First § 8 for just compensation and the order of the state of Connecticut Constitution law to me immediately. If Officers do not perform your duty and Obligation of Trustees name Commercial Officials, Government Officers and Contractor, Successors and Agents will be in breach of Substitute House Bill No.7104, Public Act No. 19-137 and Public Policy, PL 73-10. I declare under penalty of perjury under the laws of the Constitution for United States of America and 1818 the Constitution of the State of Connecticut Pursuant to C.G.S. § 1-25 that the foregoing is true and correct. Executed all times and in all places, nunc pro tunc (now for then) Thirty (30) days from time the Trustees of Commercial Officials,

Government Officers and Michael K, Skold -Assistant Attorney General as the state of Connecticut Government officials Received this notice and forevermore.

11. Notably, however, defenses and counterclaims are not available to the account Trustees, Counsel of record for the state of Connecticut, All Parties Involved John Doe & Jane Doe, 1 to 1,000, Successors and agents as Debt Collector D/B/As, A.K.A. (d/b/a, a.k.a.), and third-party assigns, jointly and severally, the Trustees of Commercial Officials, Government Officers and Authorized Representative (s) documents. C.G.S. § 42A-9-406(a), 3. C.G.S. § 42A- 9-406(a), 4. C.G.S. § 42A-9-406(b)(1), 5. C.G.S. § 42A- 9-406, Official Comment 2, 6. In re Haley, 81 UCC rep. 2d 990 (Bankr. N.D. Ala. 2013), 7. C.G.S. § 42A- 9-406(b)(3) 8. C.G.S. § 42A- 9-406(c), (18 U.S.C.S. 4, 2382) & 28 USC 1746.

12. Notice to All Trustees of Commercial and Government Involved: I, Brown  Sole-Beneficiary, inform official Public protections for all people who you serve, Notice to The Trustees of Noel F. McGregor Town Clerk, Commercial Officials, Government Officers Involved: Furthermore, is hereby authorized via secure in 1818 Constitution Conn. Article First § 2 and Substitute House Bill No.7104, Public Act No. 19-137 etc. the Office of the Trustees of Commercial Officials, Government Officers and Michael K, Skold -Assistant Attorney General Obligation is to provide for the common Defense of the Constitution of Connecticut (1818) against all enemies foreign and domestic, Re private Constitutional Irrevocable Complex Stock Trusts Indemnity Bond for the record, The Trustees of Claims Commissioner Possessing a Superior Knowledge of Const. Constitution1818" Accepted Full Value to provide for the common Defense right to due process of law and right to equal protection of the law against all enemies foreign and domestic and Enforce the Constitution of Connecticut (1818) Article First Declaration of Rights §2., and Account Substitute House Bill No.7104, Public Act No. 19-137/ Re: Foreign Affidavit of Adjudicative Facts Under Penalty of Perjury Civil And Criminal Trespass CGS § 53a-109, in Violation of Constitutions and  2012 C. G. S. TITLE 46A - Human Rights Complaint in C. G. S. § 1- 25. See C. G. S. § 1-22 Pursuant to Const. Constitution1818 Article First § 7, 8 & 9. see Code - Sec. 47-12a., for Judgment by default for failure to job, future commercial presentments of the public directed and pertaining By:// sole-Beneficiary.

13. Grantor and sole-Beneficiary nunc pro tunc voluntarily execute this NUNC PRO T UNC EXPRESS CONSTITUTIONAL IRREVOCABLE COMPLEX STOCK TRUSTS AGREEMENT on this 06/14/2021.

## STATEMENT OF SETTLEMENT ACCOUNT

Notice To Commercial Officials, Government Officers as Trustee(s): A private woman inhabitants I, Grantor in Propria Persona, inform official documents protections for Brown Sole-Beneficiary who you serve, I, Grantor in Propria Persona inform all parties involved in this case.  Trustee(s) Obligation as a Public Servant of Account Full Faith and Credit NO. -- 16056207-2; Birth certificate No 139-43-05713-SC0456304 and Unique Exemption Number: 248682442, the Grantor demands for relief form Account Full Faith and Credit NO. -16056207-2; BIRTH CERTIFICATE NO 139-43-05713-SC0456304, are as follows; Grantor in Good Faith in the name and by the authority of the good people of the World, and good cause being found, demand remedy, relief and respectfully order payment to Brown  Sole-Beneficiary of Account Full Faith and Credit NO. -- 16056207-2; Birth certificate No 139-43-05713-SC0456304 and Unique Exemption Number: 248682442, it is the Trustee(s) Obligation pay the sum of 900,000,000,000.00 (NINE HUNDRED BILLION US DOLLARS) Public Law: "Chap 48, 48 Stat. 112 in

lawful money US Gold American Eagle 50 dollars coin of .999 fine Gold United States Mint, 31 USC 5112. The Trustees hereby orders to enforce payment benefit to the sole-Beneficiary, of account Full Faith and Credit No. -- 16056207-2; Birth certificate No 139-43-05713-SC0456304 and Unique Exemption Number: 248682442, 30 days from filing of this AFFIDAVIT you must pay THE full Amount or 900 per week American Eagle Gold coins and send unlimited Credit card to the Brown Sole-Beneficiary to pay off debts. The liability is upon you trustee(s), and/or your respondeat superior, and upon others including any and all local, state, regional, federal, multijurisdictional, international, and/or corporate agencies, and/or persons of the foregoing, involved directly or indirectly with trustee(s) via any nexus acting with trustee(s); and said liability shall be satisfied jointly and/or severally at Grantor Julia and Brown Sole-Beneficiary discretion.  trustee(s) are sworn to your Oath of Office, and Brown Sole-Beneficiary accept your Oath of Office and your responsibility to uphold the freedom of Brown Sole-Beneficiary and mine at all times.  If you Trustee(s) do not pay on TIME, the penalty will be 1,900 American Eagle Gold coins per COIN. Every day after the first Just Compensation for the full AMOUN is Due ….. UCC § 4A-404, 4A-211(e), 4A-405(d) and 4A-405 (e) (or any derivatives thereof) which will be Accepted for full Value, and Returned for Settlement.  Pursuant to Freedom of Information Request CGS §1210 Formerly CGS §119 Access to Public Records etc., and to be in compliance with all revenue requirements in a matter timely. Grantor and Sole-Beneficiary reserves the right to audit all Records and activities of trustees to maintain good faith…. WARNING If you trustee(s) do not perform your Duty and Obligation as Public Servant to enforcement Constitution of Connecticut (1818) pursuant to Article First Declaration of Rights §2, you trustee(s) are thereby automatically causing damage, subject to civil action in Public and Individual capacities. For the Violation of Constitution of Connecticut (1818) pursuant to Article First Declaration of Rights §2, Duty and Obligation as Trustee Breach of Duty to Constitutional Irrevocable Complex Stock Trusts for non-performance of Duty and Obligation, for trespass on Brown Sole-Beneficiary. The trustee(s) full liability for fee 90,000 American Eagle Gold coins per 15 minutes any part thereof and the Trustee (s) Your Oath of Office, Bar Card[s], Charter, LICENSE[S], Bond[s], Mission Statement[s], Insurance Policies and Commercial Security contract well be discharge for payment.

## INDEMNITY BOND ORDER
## SPECIAL ACTS C.G.S. § 49-33

Please deposit to an account bearing account attach to FULL FAITH AND CREDIT NO. -- 16056207-2; Birth certificate No 139-43-05713-SC0456304 and Unique Exemption Number: 248682442 for future identification purposes, and to be used as a set off account against any bills, taxes, or claims, and the like, against Grantor: PESION BENEFIT account attach to FULL FAITH AND CREDIT NO. -- 16056207-2; Birth certificate No 139-43-05713-SC0456304 and Unique Exemption Number: 248682442   or any bills, taxes, or claims, and the like, against Grantor ©,  D/B/As, A.K.A.s (d/b/a, a.k.a., or any derivatives thereof) PESION BENEFIT account attach to FULL FAITH AND CREDIT NO. -- 16056207-2; Birth certificate No 139-43-05713-SC0456304 and Unique Exemption Number: 248682442  debtor to sole-Beneficiary, Secured Party (PESION BENEFIT account attach to FULL FAITH AND CREDIT NO. -- 16056207-2; Birth certificate No 139-43-05713-SC0456304 and Unique Exemption Number: 248682442 , said claim(s) to have been accepted and endorsed by Grantor and sole-Beneficiary.

Please adjust any bills, taxes, or claims, and the like, against Grantor [see Certificate of Live Birth] or the sole-Beneficiary ©, D/B/As, A.K.A.s (d/b/a, a.k.a., or any derivatives thereof), PESION BENEFIT account attach to Full Faith And Credit No. -16056207-2; BIRTH CERTIFICATE NO 139-43-05713-SC045630 and Unique Exemption Number: 248682442 account, and return the interest to the principal,

sole-Beneficiary at the above post location. Ashley Clement Blight & Asst. Zoning Enforcement Officer and Carol L. Anderson Torrington City Clerk, the Connecticut Department of the Treasury shall have Thirty (30) days from the receipt of this bond, as witnessed by the receipt affixed to the US Post Office International Mail Receipt, to dishonor this Bond by returning this bond to the Principal, with an explanation of all deficiencies, at the stipulated mailing address by non-domestic post. Failure to return as stated shall constitute acceptance and honoring of this bond, the Associated Transactions, and presentments, in accordance with the Law, by Ashley Clement Blight & Asst. Zoning Enforcement Officer and Carol L. Anderson Torrington City Clerk, and the Connecticut Department of the Treasury to all of the terms and conditions contained herein.

This Bond shall be ledgered, as an asset, as best suits the needs of the sole-Beneficiary. This Bond expires at the moment express irrevocable complex Stock Trusts -claims sole-Beneficiary resaves payment in full.

Grantor and sole-Beneficiary declare under penalty of perjury as required under 26 U.S.C. 6065 that the Statement provided by Grantor to foraging sole-Beneficiary Appointment are true, correct, and complete to the best of Grantor knowledge and ability, so help me god. Grantor also declare The Letters of Testamentary Issue and Trusteeship Issue to of the following Stock Trusts are completely consistent with 1789 Article. I Section. 1, 8, 10, IV. Section. 1, and VI Constitution for United States Re: 5 U.S. Code § 3331and Article First Declaration of Rights SEC. 2. 1818 Constitution The state of Connecticut Re: CGS § 1-25.

## PRIVATE REGISTERED BONDED PROMISSORY NOTE

This negotiable instrument, tendered lawfully by Julia Grantor, ("Maker") in good faith shall evidence as a debt to the Payee pursuant to the following terms:  This is an unconditional promise to pay.

1.  This Note shall be posted in full dollar for dollar pursuant to the Credit order noted above and presented to the Payor, Clerk as Trustee(s) of U.S. District Court of Connecticut.  After discharge of the debt, the balance of the funds is to be credited to the ACCOUNT HOLDER to be used for the benefit of the Brown Sole-Beneficiary.

2.  Payor shall, upon receipt of this instrument, charge account Unique Exemption Number: 248682442 via Pass-Through DTC Routing Number 248682442, Account Number 16056207-2; Birth certificate No 139-43-05713-SC0456304, for the purpose of terminating any past, present, or future liabilities expressed or implied, attached or attributed to Unique Exemption Number: 248682442. This is a public debt obligation of the United States.

3.  Payor shall ledger this Note for a period of seven months commencing the start of business on 07/21/2021, until close of business 08/21/2021, not to exceed 180 days, at an interest rate equal to the current rate per annum.

Upon maturity, this Note shall be due and payable in full with interest and any associated fees.  Payment shall be ledgered against Private Offset and Discharge Bond Number Full Faith and Credit No. -16056207-2, U.S. District Court of Connecticut case From Offset Bond held and secured by Clerk as Trustee(s) of U.S. District Court of Connecticut.

## POLITICAL STATUS

Upon reading the Declaration of Political Status Filed by Grantor on Behalf of Sole-Beneficiary duly signed and verified by Grantor and Sole-Beneficiary as the Secured Parties sanding in our Unlimited Freedom, Unlimited Credit, Immunities, Common Law Rights, Political Power, Indigenous Rights, Ancestral Rights, Human Rights, reputation, life, freedom, houses, papers and possessions, Common Law

Jurisdiction, rights to equal protection of the law and rights to due process of law. All our Fundamental Freedoms to pursue our Lawful undertakings Secured by Constitution(s):

Public Trustees: Trustees Take Cognizance: It is sole-Beneficiary belief that the Administrative Agents of Corporation and the Government determination of Political Status for sole-Beneficiary is incorrect in several ways and was erroneously contrived, a forethought and instituted by the Agents, and trustees of the Corporation and Government's offices, To label sole-Beneficiary as "Public Vessel, Vessel, Ward Of The State, infant abandoned at sea or found abandoned on the beach, Slave, Subject, Attorney, Sheriff, Police Officer, state Police Officer, Commercial Officials, Federal Employee, State Employee, Indentured Servant, Fiduciary Debtor, Public Officer, State Public Citizen, Private Citizen, American Citizen, Connecticut Citizen, Federal Citizen, National Citizen, National, Taxpayer And Person, Officer Of The Court, Prisoner of War, Alien, Corporation, Federal Reserve bank officer, and Franchises or Any Other Type," violates sole-Beneficiary's Political Status secured by the Constitution. Thusly, that the Trustees take cognizance notice is required by 5 U.S.C. § 702 to immediately correct sole-Beneficiary Political Status from State Public Citizen, Private Citizen, American Citizen, Connecticut Citizen, Federal Citizen, National Citizen, National, Taxpayer or Any Other Type to the people accordingly. Spencer v Doe; 1998; Green v Bransou 1997; Boag v McDougall; 1998 Haines v. Kerner, 404 U.S. 519, & Puckett v. Cox, 456 F. 2d 233 (1972) (6th Cir. USCA).

The " Grantor and sole-Beneficiary " are not the subjects of commerce and not being imported goods; they do not fall within the meaning founded upon within the constitution, of a power given to congress to make Rules for the Government and Regulation and regulate between two or more States;— between a State and Citizens of another State,—between Citizens of different States,—between Citizens of the same State; between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects and commerce and the prohibition of the states for imposing a duty or tax on Citizens or Subjects and imported goods supported by U. S. Constitution Article. I. Section. 8. The Congress shall have Power To make Rules for the Government in Accordance with Rodriques v Ray Donavan [U.S. Department of Labor,] 769 F. 2d 1344, 1348 [1985]. "... The Congress cannot revoke the Sovereign power of the people to override itself as thus declared." See: Perry v. United States, 294 U.S. 330, 353 (1935). In the World, the United States and States the People are Sovereign, and the government cannot sever its Trusteeship relationship to the People by taking away their freedom by making them into Citizens of the State thereby Subjects to their will as the Custodian as Trustee(s).

## DO NOT DETAIN

BE IT KNOWN BY ALL MEN AND WOMEN WORLDWIDE PRESENTS that Brown Sole-Beneficiary in Good Faith in the name and by the authority of the good people of the World, and good cause being found, demand remedy, relief and respectfully assign to Trustee Specific job performance pursuant to due process of law for Trustees to put the names Grantor JULIA and BROWN Sole-Beneficiary ©®™ Ens Legis /B/As, A.K.A.s (d/b/a, a.k.a.) and Brown Sole-Beneficiary on the DO NOT STOP-DO NOT DETAIN LIST FOR worldwide, Town, City, County, District, Territory, United States of America, States and Countries; Brown Sole-Beneficiary first lien holder of the names which are Express Constitutional Irrevocable Complex Stock Trusts property in the sum of present and future collateral values up but not limited to the sum of 900,000,000,000.00 (NINE HUNDRED BILLION US DOLLARS) Public Law: "Chap 48, 48 Stat. 112 in lawful money US Gold American Eagle 50 dollars coin of .999 fine Gold United States Mint, 31 USC 5112. Brown Sole-Beneficiary in Good Faith in the name and by the authority of the good people of the World, and good cause being found, demand remedy, relief and respectfully assign to Trustee Specific job performance pursuant to due process of law that worldwide or state records reflect the fact that as a free and private traveler, Brown Sole-Beneficiary do not require a license, passport, or any other id to travel worldwide in Town, City, County, District, Territory, United States of America, and States or any other Countries. Brown Sole-Beneficiary expressly reserve all freedom guaranteed to Brown Sole-Beneficiary and protected by Express Constitutional Irrevocable Complex Stock Trusts secure in the Constitution of Town, City,

County, District, Territory, United States of America, and States, or any other Countries known to men and women Worldwide above and do not waive any of Brown Sole-Beneficiary rights to the trust Account Full Faith and Credit NO. -- 16056207-2; Birth certificate No 139-43-05713-SC0456304 and Unique Exemption Number: 248682442 ; abide by Trustee's Oath of Office. You is given 30 (thirty) days from time the close of business of Office of the Claims Commissioner You will need to rebut by means of a sworn Affidavit of your own, written under the same criteria, namely: From first-hand knowledge, and under penalty of perjury, from the time of receipt of this bond to do so before on the (thirty First) 31 Day an uncontested unrebutted unanswered Affidavit Statement of Truth in law as true and fact but will also become A binding contract at the Office of the Claims Commissioner is closed for Business, The terms of Foreign Affidavit of Adjudicative Facts Express Irrevocable Complex Stock Trusts -Claims Accepted for Full Value. Assign the Agents of Office of the Claims Commissioner, Law Firms, Corporations and Government has Brown Sole-Beneficiary authorization limited Power of Attorney to make any and all assign this Etters of testamentary issue and trusteeship issue to of the following necessary to bring these Grantor(s) Name on the DO NOT STOP-DO NOT DETAIN LIST into complete and proper lawful jurisdiction compliance:

### HOLD HARMLESS INDEMNITY AGREEMENT
**"Non-Negotiable"**
### NOTICE OF PERFORMANCE BOUND
**Under (CGS § 49-41(f)); 40 U.S. Code § 3133 & 40 U.S.C. 3132**

The terms of acceptance said Private Express Irrevocable Complex Stock Trust's Trustees as Holders (Custodian of the Legal contract 1789 Article.VI Constitution for United States Re: 5 U.S. Code § 3331 and Article First Declaration of Rights SEC. 2. 1818 Constitution The state of Connecticut Re: CGS § 1-25 and Birth certificate Number 004815 -001073647, U.S. Unique Exemption Number: 045664467) are hereby approved and the Offices of The Commercial Officials, and Government Officers as Trustees undersigned the Above - name Sole-Beneficiary as Claimant, agrees with the Above - name Sole-Beneficiary of said Private Legal contract an Express Irrevocable Complex Stock Trusts: (a) the Trustees to be bound by said Legal contract and, (b) to save the Above - name Sole-Beneficiary as Claimant harmless from any personal liability for any action taken at the direction of the Commercial Officials, and Government Officers' Claims, or for any error of judgment, or for any loss arising out of any act or omission in the execution of the Private Legal contract so long as the Grantor and sole-Beneficiary act in good faith; and, (c) that the Offices of Corporation and Government may-not withhold from any distribution, transfer or conveyance such amounts as they from time to time obligations to protect sole-Beneficiary from such liability; and (d) that each Commercial Officials, and Government Officers shall be responsible only for such Commercial Officials, or Government Officers' own willful breach of Legal contract and trust; and, (e) to reimburse the Above - name Grantor and sole-Beneficiary for any expenses incurred in the Commercial Officials, and Government Officers non-performance of their duties. This is a binding self-executing contract between all parties here-in. Expressions defined in Act IX of 1872 in this Act, unless there be something repugnant in the subject or context, "registered" means registered under the law for the registration of documents for the time being in force: a person is said to have "notice" of a fact either when he actually knows that fact, or when, but for willful abstention from inquiry or gross negligence, he would have known it, or when information of the fact is given to or obtained by his agent, under the circumstances mentioned in the Contract Act, 1872, section 229; and all expressions used herein and defined in the Contract Act, 1872, shall be deemed to have the meanings respectively attributed to them by that Act.

Point of Law: All Private Express Irrevocable Complex Stock Trust or contracts commence with an offer and only become binding upon acceptance. See: "Contracts" by Farnsworth, third edition, sect. 3.3, pages 112, 113. Infra. The Offices of The Corporation and Government, Trustees, Civil Servants, Commercial Officials, Government Officers, Employees, Agents and Representatives Corporation and Government

Office shall indemnify and hold harmless the Above - Grantor and sole-Beneficiary any of the foregoing sued as individuals (collectively, the "Above – name Grantor and sole-Beneficiary Indemnified Parties"), from and against all negative Credit Report, proceedings, suits, actions, claims, demands, damages, injuries, awards, judgments, losses or expenses, including attorney's fees, filing fees or any other costs, whether legal or equitable, arising out of or related to: (a) the Above - Grantor and sole-Beneficiary's exercise of powers and authority over the Acceptance Fiduciaries duty to the Office of The Corporation and Government Office, or any Future acceptance Fiduciaries duty granted by this Contract; (b) the Above - name Grantor and sole-Beneficiary's collection efforts; (c) the institution of foreclosure of any of the Acceptance Fiduciaries duty or the Future Acceptance Fiduciary duty; (d) any violation or purported violation of any state or federal securities or blue sky law, statute, rule or regulation; (e) any other acts of the Above - name Grantor and sole-Beneficiary or acts of its agent or assignee to collect amounts secured by the Acceptance Fiduciary duty or Future Acceptance Fiduciaries duty; or (f) the assignment of the Acceptance Fiduciary duty or any Future Acceptance Fiduciaries duty. The Corporation and Government Office against shall also be required to pay any and all attorney's fees, filing fees or any other costs incurred by the Above – name  Grantor and sole-Beneficiary  Indemnified Parties in enforcing any of the Office of Corporation  and Government and Representatives of Trustees Office, against' s obligations under Public Law 73-10, aka HR 3835, aka HJR-192, aka 31 USC 5118 d 2, aka 12 USC 95 a 2; H.R.3363; Matters Act or the CLAIM Act under Civil Relief Act (50 U.S.C. 3901-4043); Exchange Act (7 U.S.C. § 1); Cosmetic Act, 21 U.S.C. §§ 301 et seq.; U.S. Code title 12§ 411; Civil Rights Act of 1964 (42 U.S.C. § 2000d); Bankruptcy Code, 11 U.S.C. § 509; U.S.C. §§1350 pursuant to 906. The Civil Relief Act (50 U.S.C. 3901-4043) Trustees of Corporation and Government and against' s obligations under it shall survive the termination, expiration, or performance of this Contract.

## FOREIGN AFFIDAVIT OF ADJUDICATIVE FACTS

1.The subject of the harassment (Grantor and Sole-Beneficiary in this case), is writing this Statement of Truth (**Foreign Affidavit of Adjudicative Facts of International Xpress Constitutional Irrevocable Complex Stock Trusts**), under penalty of perjury. This being the case, what I am writing will be "the truth, the whole truth, and nothing but the truth", and will thus be based on first-hand knowledge. This non-negotiable and non-transferable protected agreement is made and entered this Third Day of the month of May year 2021  by and between The Grantor Consumer, Secured Party and Sole-Beneficiary Private Cestui Que Vie International Xpress Constitutional Irrevocable Complex Stock Trusts and the Trustee as the President, Congressman, Governor, Commissioner, Attorney, Sheriff, Police officer, State Police officer, magistrate, Executive Officer, Federal Employee, State Employee, Commercial Employee, Secretary ,Clerk, State Bar Member, American Bar Member, judge and judicial officers of court, Successors and Agents, John Doe and Jane Doe, 1 to 1,000,000 Fiduciaries, any organ, all parties involved, public vessels and Civil servants. Grantor Assign the Agents of Town, City, County, District, Territory, United States of America, States and the State of Connecticut, Law Firms, Corporations and Government has Grantor authorization limited Power of Attorney to make any and all assign this Etters of testamentary issue and trusteeship issue to of the following necessary to bring this declaration of International Xpress Constitutional Irrevocable Complex Stock Trusts into complete and lawful enforcement of 1789 Article. I Section. 1, 8, 10, IV. Section. 1, and VI Constitution for United States Re: 5 U.S. Code § 3331and Article First Declaration of Rights SEC. 2. 1818 Constitution The state of Connecticut Re: CGS § 1-25 lawful compliance: Notice to Principal or Agent Inferior is Notice to Agent or Principal Superior. Notice to Agent or Principal Superior is Notice to Principal or Agent Inferior.

2. The President, Congressman, Members of the General Assembly, Governor, Commissioner, Attorney, Sheriff, Police Officer, State Police officer, Magistrate, Executive Officer, Federal Employee, State Employee, Commercial Employee, Secretary, Clerk, State Bar Member, American Bar Member, judge, and Judicial Officer of Court, I, have sent a copy of this Foreign Affidavit of Adjudicative Facts of International Xpress Constitutional Irrevocable Complex Stock Trusts, comprising my declaration. You will have to REBUT EACH POINT in order to ward off the

15

possibility of a Lien. You have 30 (thirty) days to do so, but I can assure you that you will not be able to rebut Even One Single Point. You will need to rebut by means of a sworn Affidavit of your own, written under the same criteria, namely: From first-hand knowledge, and under penalty of perjury.

3. Any points you manage to rebut will be removed from my Declaration, and the remainder kept as my final Foreign Affidavit of Adjudicative Facts of International Xpress Constitutional Irrevocable Complex Stock Trusts. The result will be Grantor (by Acknowledgments of a Trustee) to become My Statement of Truth, which will not only become The Truth, in Law – but will also become self-executing contract (CGS 42ai) U.C.C. (c) 3-501 (2) (a), (b). Acceptance between all parties Involved John Doe& Jane Doe 1 to 1,000,000 and A Judgment, In Constitutional Law.

4. That being the case, no Hearing will be required. Because self-executing contract Acceptance between all parties Involved John Doe& Jane Doe 1 to 1,000,000 and the judgement has already been made by the truth. (That's Common Law!) Expressions defined in Act IX of 1872  in this Act, unless there be something repugnant in the subject or context, "registered" means registered under the law for the registration of documents for the time being in force: a person is said to have "notice" of a fact either when he actually knows that fact, or when, but for willful abstention from inquiry or gross negligence, he would have known it, or when information of the fact is given to or obtained by his agent, under the circumstances mentioned in the Contract Act, 1872, section 229; and all expressions used herein and defined in the Contract Act, 1872, shall be deemed to have the meanings respectively attributed to them by that Act.

5. I will then place a Public Advertisement, warning whomsoever may be concerned, that your creditworthiness is henceforth highly suspect. I will inform Credit Reference Agencies to this effect. I would then be Lawfully Entitled to seizures Any of Your Property, up to (and including) the value of the Lien.

6.This process will occur in a LAWFUL manner – because The President, Congressman, Members of the General Assembly, Governor, Commissioner, Attorney, Sheriff, Police officer, State Police officer, Magistrate, Executive Officer, Federal Employee,  State Employee, Commercial Employee, Secretary ,Clerk, State Bar Member, American Bar Member, judge, and Judicial Officer of Court, are given the chance to REBUT IN SUBSTANCE - and I will thus retain entirely 'clean hands' (unlike The President, Congressman, Governor, Commissioner, Attorney, Sheriff, Police officer, State Police officer, magistrate, Executive Officer, Federal Employee, State Employee, Commercial Officials, Members of the General Assembly, and all Civil Servants,  or Agents, look at yourselves, which is why your mechanism is UNLAWFUL, and why I am able to counter it by this LAWFUL means).

    a. Even if I make an honest mistake, WHICH YOU FAILED TO REBUT, my mistake BECOMES THE TRUTH, IN LAW. You will not be able to claim 'immunity', 'libel', 'slander', etc., because you were given thirty days to rebut the Declaration of International Xpress Constitutional Irrevocable Complex Stock Trusts, before Thirty First (31) day the Declaration of International Xpress Constitutional Irrevocable Complex Stock Trusts become law and must be accepted as true by all Civil Servants, and Agents. Affidavit uncontested unrebutted unanswered Morris v National Cash Register, 44 S.W. 2d 433 Morris v National Cash Register, 44 S.W. 2d 433, clearly states at point #4 that "uncontested allegations in affidavit must be accepted as true." Fed. R. Civ. P. 7; Fed. R. Civ. P. 11(a).

    b. By a failure to REBUT IN SUBSTANCE you would have tacitly acquiesced to my Foreign Affidavit of Adjudicative Facts of Declaration of International Xpress Constitutional Irrevocable Complex Stock Trusts as Truths, in Law. 50 U.S. L. W. 2169; S. Ct. March 22, 1982 1982] "Indeed, no more than affidavits is necessary to make the prima facie case." [United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981); Cert. Denied, 50 U.S. L. W. 2169; S. Ct. March 22, 1982] The result will be Judgment, Common Law to become My Statement of Truth, which will not only become THE TRUTH, IN LAW – but will also become A Judgment, in Common Law

    c. REBUT IN SUBSTANCE does not comprise simply dismissing my Foreign Affidavit of Adjudicative Facts of Declaration of International Xpress Constitutional Irrevocable Complex Stock Trusts. That is mere gainsaying. "IN SUBSTANCE" means "accompanying with HARD proofs" (in this case, "to the contrary"). No need of hearing for "Uncontested Affidavit taken prima facie Evidence of the true, any points you manage to rebut will be removed from my allegations, and the remainder kept as my final Affidavit. No hearing is necessary become an affidavit that is unrebutted and unanswered stand as fact must be accepted as Judgment, in Common Law, Notice to Principal is Notice to Agent: Notice to Agent is Notice to Principal.

7. As a part of the International Gold Lien, I will demand a substantial sum in recompense/settlement of the damages.

8. Being Common Law construct, the only way this International Gold Lien can be removed is:
    a. By Enforcement of International Xpress Constitutional Irrevocable Complex Stock Trusts.
    b. By Full Payment of the International Gold Lien … in which case I will remove it.

## SUMMATION

Notice: The use of any statutes, codes, rules, regulations, Civil Procedure, Criminal Procedure, Doctrine, President Executive Order, Acts of Congress or court citations, within any document created by the Grantor as Authorized Representative, at any time, is only to notice that which is applicable to Civil Servants, Agents, President, Governor, Members of Congress, Judicial officers, employees, State Bar Members, America Bar Members, Attorneys, or judges, and is not intended, nor shall it be construed, to mean that Grantor or Sole-Beneficiary has consent, conferred, submitted to, or entered into any Administrative, Admiralty, Maritime, Statutory, or Foreign jurisdiction alluded to thereby. The rights of the individual's person are restricted only to the extent that they have been voluntarily surrendered by the citizenship to the agencies of government. City of Dallas v Mitchell, 245 S.W. 944. That Sole-Beneficiary is independent of all laws except those prescribed by nature. Sole-Beneficiary is not bound by any institution formed by his fellow men without his consent." Cruden v. Neale 2 Nc. 338(1796) 2 S.E. 70 The common law is the real law, the Supreme Law of the land, all codes, rules and regulations are applicable to the government authorities only, not the Grantor and Sole-Beneficiary in accordance with Creator's laws. Self v. Rhay  61 Wn (2d) 261.

Respectfully Submitted I, Grantor and Sole-Beneficiary (Sui Juris) being Signed under the penalties of perjury according to law as, non- Citizen or national of Connecticut or United States of America, and States , non-domiciled in the State of Connecticut, or United States of America, and States and a de jure (Sui Juris) as Sole-Beneficiary thereof, hereby revoke, rescind and make void ab initio, all powers of attorney, in facts or otherwise, implied in law or otherwise, signed either by me or anyone else, as it pertains to Taxation Without Representation, Slavery, Indenturement, tyranny, and oppression under any Administrative, Admiralty, Maritime, Statutory, or foreign Jurisdiction, any and all contracts under US Code, Financial Policies, Internal Revenue Code, Canon law, Banking Code, Rule, General law, policy, General Statutes, Practice Book, Uniformed Commercial Code,  Administrator Town hall civil Cases Procedure, Civil and Criminal Procedure, Doctrine, Federal Power Commission, United States International Trade Commission, President Executive Order or Acts of Congress, Color of any Law, or of any other type and or certificates issued by any and all govern mental/quasi government and mental/quasi Corporation entities, due to use of the various elements of fraud by said agencies to deprive (Sui Juris) Sole-Beneficiary primary freedom, the exercise or enjoyment of Sole-Beneficiary's civil or political freedom, reputation standing in the people's sovereign Immunities. Grantor hereby waive, cancel, repudiate, and refuse to knowingly accept any benefit and or gratuity attached to the above -mentioned items.

Should you move against Grantor and sole-Beneficiary in defiance of this presentment, there is no immunity from prosecution available to trustee (s) or to any of trustee's fellow public officers, officials of government, officials of international government, officials of multinational government, officials of Corporation, judges, magistrates, Judicial officers, employees, Commercial Officials, international Bar Members, multinational Bar Members, State Bar Members, America Bar Members, clerks, or any other persons who become involved in the instant actions, or any future actions, against Grantor and sole-Beneficiary by way of aiding and abetting.  Take due heed and govern yourself accordingly.  Any or all documents tendered to Grantor and sole-Beneficiary, lacking bona fide wet ink signatures or dates per title 18 U.S.C.A. § 513-514, are counterfeit security instruments causing you to be liable in Trustee(s) Corporate and individual capacity by fraudulent conveyance now and forevermore.  If and when

17

Trustee(s)  cause any injury and/or damages to the sole-Beneficiary by violating any of the rights, civil rights, freedom, or any terms herein, you agree to voluntarily, with no reservation of rights and defenses, at the written request of the Grantor and sole-Beneficiary, surrender, including but not limited to, any and all  Oath of Office, Bar Card[s], Charter, License[s], Bond[s], Mission Statement[s], public and/or corporate insurance policies, Commercial Security Contract, and CAFR funds as needed to satisfy any and all claims as filed against you by the sole-Beneficiary.  This applies to any and all trustees, agents, or representatives, individually and severally, of the "United States " or its subdivisions including local, state, federal, and/or international or multinational governments, corporations, agencies, and the like: or any of the subdivisions thereof, as described herein.

## VERIFICATION

Respectfully Submitted Grantor and sole-Beneficiary Affidavit pursuant to 29, United States Code, Title 1746 See Dickerson vs. Wainwrizht, 626 F.2d Title 1184, held affidavit sworn true and correct under penalty of perjury, has full force of law, and does not have to be verified by Notary Public. BY:// Grantor and sole-Beneficiary: Printed Name of Petitioner Secured Party Full Faith and Creditor Appears as: Sui Juris with Common Law Copyright, 2021 by the Assigner Holdings All Rights Reserved Signed Under the Pains and Penalties of Perjury Pursuant to General Statutes § 1-25 See General Statutes § 1-22 Connecticut Code of Evidence § 6-2, under UCC-C.G.S. §§42a- 1-207, 1-103, 1-308, 2-608, 3-608, 9501(a)(1) and 9503(b), and 9518 (c) (n.3) (3) And 9-105- under 17 U.S.C. § 102(a), 15 U.S.C. § 1051 et. seq... In witness hereunto set Grantor hand pursuant to The Due Process of law Space Herein this Commercial Affidavit Security Agreement Successor Trustees Acceptance Letter Pursuant To Public Law 89-719, Public Law 73-10, aka HR 3835, aka HJR-192, aka 31 USC 5118 d2, aka 12 USC 95 a 2; H.R3363; H.R.4037 — 116th Matters Act CLAIM Act under Civil Relief Act 50 U.S.C. 3901-4043 FOR RECORDER'S USE 41 U.S. Code § 6305. Prohibition on transfer of contract and certain allowable assignments PURSUANT TO 11 U.S.C. § 547, chapter 16 of title 10, United States Code, 50 U.S. Code § 3931 Secure by trustee signature, trustee official seal or stamp (See page 1 through 9 for Certificate of Mailing.) NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL; NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT (Applicable to all Successors and Assigns)

Underwriter/Surety Notice: this instrument is non-negotiable unrebuttably instant claim for claimant's lawful lien, seizure, and liquidation (as required) of full penal value of all agents, officers, employees, and attorneys bonds and other security assets, to be escrowed, by and for the resulting breach of trust by agents, officers, employees, and attorneys. UPU Treaty Notice: This instrument constitutes "Official Mail" under regulations and jurisdiction of Universal Postal Union Treaty with United States including the duties, obligations and penalties of Private Mail Carriers.

Notice: The use of any statutes, codes, rules, regulations, or court citations, within any document created by the Grantor and sole-Beneficiary at any time, is only to notice that which is applicable to agents, officers, employees, and attorneys and is not intended, nor shall it be construed, to mean that Grantor or sole-Beneficiary has conferred, submitted to, or entered into any jurisdiction alluded to thereby. "The rights of the individuals are restricted only to the extent that they have been voluntarily surrendered by the citizenship to the agencies of government." City of Dallas v Mitchell, 245 S.W. 944.

This privately held Non-Negotiable Security Agreement in hand cannot be discharged in bankruptcy court or any other court, as holder's property is exempt from levy. sole-Beneficiary Full Faith and Creditor accepts all signatures in accordance with UCC-C.G.S.§42a- 3-419. Adjustment of this recording is Constitution of Connecticut (1818) Article First Declaration of Rights §2., and UCC-C.G.S. §42a -1-104. All proceeds, accounts, and orders therefrom are released to sole-Beneficiary.

This Non-Negotiable Security Agreement instrument in hand supersedes any and all, but not limited to, documents or claims purporting to have a higher standing against Undersigned's bona-fide, original, wet ink signature set forth by proper English appellation Brown as sole-Beneficiary in correlating correct accounting practice Account Full Faith and Credit NO. -16056207-2; Birth NO 139-43-05713-SC0456304. Executed and sealed by the voluntary act of Grantor and Sole-Beneficiary own hand. Grantor and Sole-Beneficiary executes this Security Agreement certified and sworn on Grantor and Sole-Beneficiary's unlimited liability true, correct, and complete, and accepts all signatures in accord with UCC-C.G.S.42a §3-419.

Signature.  See C.G.S. § 42a-UCC 3-401 (what is considered signature).
Signed.  See C.G.S. §§ 42a UCC- 1-201(39) (what is considered signature).
Sole-Beneficiary accepts Grantor, Civil Servant, Trustees, Contractor,
Successors and Assigns' signature in accord with C.G.S. §§ 42a- UCC-3-401; 1-201(39).
HAS BEEN GIVEN YOU!
(18 U.S.C.S. 4, 2382)
VERIFICATION
 The State Connecticut republic -- Without the U.S.
Liens and Levies, "EXEMPT," (248682442)
 Grantor By:// *Julia*                     Sole-Beneficiary By:// *Brown*

      Julia Grantor's (Seal) and Signature                     Brown Complainant's (Seal) and Signature

    Dated: 07/22/2021.

AFFIDAVIT
CERTIFICATE OF SERVICE

Certification Pursuant to Sec. 62-7 A copy of the foregoing was mailed, no or about this 8 day of month, June, 2021 PLEASE TAKE FURTHER NOTICE, that pursuant to Civil Practice Law and Conn. Code Evid. §§ 6-1, 6-2., you are hereby required to serve copies of your answering affidavits on the undersigned no later than You have Thirty (30) to rebuttal, form time this is file forth above for the submission of this Affidavit.

U.S. District Court of Connecticut
Clerk of Records
450 Main St, Hartford, CT 06103

U.S. District Court of Connecticut
Clerk of National records
U.S. Citizenship and
Immigration Services
National records center
P.O. Box 648010
Lee's Summit, MO 64064-8010

Noel F. McGregor
Town Clerk
City of Hartford, Connecticut
Hartford Town Hall
550 Main Street
Hartford, CT 06103
Tel: (860)757-9500

Denise W. Merrill
CT Secretary of State
The Office of CT Secretary of State
Address: 30 Trinity St, Hartford, CT 06106

Antony J. Blinken
UNITED STATES SECRETARY OF STATE
2201 C Street, NW Washington, D.C. United States 20520

Deidre S. Gifford, MD, MPH
Commissioner
Department of Social Services
20 Meadow Road, Windsor, Ct 06095
PO Box 990031
HARTFORD, CT. 06199-0031

Kevin Lembo
State of Connecticut Office of the State Comptroller
55 Elm St, Hartford, CT 06106

Deidre S. Gifford, MD, MPH Commissioner; Kevin Lembo State Comptroller; Commercial Officials, Government Officers as Trustees Involved: I, the Brown as sole-Beneficiary Holder of All power of attorney, inform All official public protections for sole-Beneficiary who you serve, Notice to Trustees' Office Commercial Officials, Government Officers Involved: Furthermore, is hereby authorized via Constitution of Connecticut (1818) pursuant to Article Tenth General Provisions §1 Article First Declaration of Rights§ 2 etc. Trustees as Deidre S. Gifford, MD, MPH Commissioner; Kevin Lembo State Comptroller;Commercial Officials, Government Officers Obligation is to correct status and Restore Brown as sole-Beneficiary full Political status to the people for the record Recorder Commercial Officials, Government Officers of state of Connecticut as Trustee Possessing a Superior Knowledge of "LAW" Accepted Full Value provide for the common Defense and general Welfare of sole-Beneficiary Public Trust (OPPT) Conn. Const., Article First Declaration of Rights§ 2, under Substitute House Bill No.7104, Public Act No. 19-137 common-law Service: Fax / Hand Delivery / Certified Mail, under (UCC) C.G.C.§ 42a-1-207 Registered Mail Number Private Tracking Carriers Certified Mail complete delivery Proof of Service Affidavit Rule 29; 28 U. S. C. §1746 28 U. S. C. §2403(a) - required by Rule 33.1, Rule 33, for Judgment by default for failure Perform job duty, future commercial presentments of the public directed and pertaining By:// Brown Sole-Beneficiary. These instruments are submitted upon good faith belief that they are grounded in fact, warranted by existing law or a good faith argument for the modification or reversal of existing law and are submitted for proper purposes, and not to cause harassment and unnecessary delay or costs.

Grantor By:*Julia*                          Sole-Beneficiary By:// *Brown*

Julia Grantor's Signature                    Brown Complainant's Signature

16056207-2

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of South
Carolina, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility
This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, John F. Kerry, Secretary of State , have
hereunto caused the seal of the Department of State to be affixed and
my name subscribed by the Assistant Authentication Officer, of the
said Department, at the city of Washington, in the District of
Columbia, this twenty-seventh day of September, 2016.

Issued pursuant to CHXIV, State of
Sept. 15, 1789, 1 Stat. 68-69, 22
USC 2657, 22USC 2651a, 5 USC
301, 28 USC 1733 et. seq.; 8 USC
1443O; RULE 44 Federal Rules of
Civil Procedure

Secretary of State

By_____

Assistant Authentication Officer,
Department of State

State of South Carolina
## Office of the Secretary of State
### The Honorable Mark Hammond



*To Whom these Presents Come, Greetings:*

KNOW YE, THAT Catherine E. Heigel:

whose official signature appears to the Instrument of writing hereto annexed, was, at the time of affixing the same thereto, duly appointed, sworn and commissioned <u>Director and State Registrar</u>, in and for the State of South Carolina, as appears from the records of this Department; that his/her attestation is in due form and that full faith and credit are due to his/her official acts.

WITNESS MY HAND and the Great Seal of the State, at Columbia, this Monday, August 08, 2016.



Mark Hammond, Secretary of State

STATE OF SOUTH CAROLINA
CERTIFICATION OF VITAL RECORD

DHEC 615 25M (Rev  12 80)

# DELAYED CERTIFICATE OF BIRTH
## SOUTH CAROLINA DEPARTMENT OF HEALTH AND ENVIRONMENTAL CONTROL

Birth No  139 -43-057131

| City of Birth | Cade | County of Birth | Williamsburg |
|---|---|---|---|

| Name at Birth | Julia Ann Henderson | Sex | Female | Date of Birth | Feb 22 1943 |
|---|---|---|---|---|---|

**FATHER**

| Full Name | | Race or Color | |
|---|---|---|---|
| Birth Date | | Place of Birth | State or Country |

**MOTHER**

| Maiden Name | Lizzie Henderson | | Race or Color | Black |
|---|---|---|---|---|
| Birth Date | | Place of Birth | State or Country | |

The above statements are true to the best of my knowledge and belief

*Julia Ann Brown*

LEGAL SIGNATURE OF PERSON REGISTERED IF 18 YEARS OLD OR OLDER  SIGNATURE OF PARENT OR GUARDIAN IF PERSON REGISTERED IS UNDER 18 YEARS OF AGE

Subscribed and sworn to before me this **22nd** day of **November** 19**91**

at **Middlesex** **Connecticut** (L.S.) **Rev. Dezaree Pines**

(County)      (State)

NOTARY SEAL

Notary Public

My Commission expires **March 31, 1994**

DO NOT WRITE BELOW THIS LINE

### ABSTRACT OF SUPPORTING EVIDENCE

| | Kind of Document | Place issued | Date Filed |
|---|---|---|---|
| 1 | Voter's Registration Card (no#) | Hartford CT | Apr 24 1976 |
| 2 | Social Security Appl #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 | Baltimore, Md | Apr 1963 |
| 3 | Driver's License rec #022685125 | Hartford, Ct | Dec 21 1974 |
| 4 | | | |

| | Birth Date or Age | Birth Place | Name of Father | Maiden Name of Mother |
|---|---|---|---|---|
| 1 | Feb 22 1943 | South Carolina | | |
| 2 | Feb 22 1943 | Cade (Williamsburg) SC | | Lizzie Henderson |
| 3 | Feb 22 1943 | | | |
| 4 | | | | |

I hereby certify that ... named on the ...

Registrar:

Date filed:

SC04563604

I have reviewed the evidence submitted to establish the facts of birth. The abstract of the evidence appearing above accurately reflects the nature and contents of the document.

*Jeannette Grayson*

Signature and title of Reviewing officer

ISSUED  JUL 3 1 2015

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

*Catherine Templeton*
Catherine Templeton
Director and State Registrar

*Barbara Derrick*
Barbara E. Derrick
Assistant State Registrar

This copy is not valid unless prepared on an engraved border displaying the state seal and issuing agency logo.

D H E C