NUBIA EL BEY FAMILY NON-NEGOTIABLE PRIVATE
INTERNATIONAL CESTUI QUE VIE INTERNATIONAL GOLD CONSTITUTIONAL STOCK
TRUST.
**Case 3:21-M0048-RNC**
Under 40 U.S. Code § 3133 & 40 U.S.C. 3132

(Note: A timely Notice of Affidavit of Express Irrevocable Complex Trusts -Claims and Opportunity to Cure — no copies.) SPACE HEREIN THIS FOREIGN COMMERCIAL AFFIDAVIT SECURITY AGREEMENT PURSUANT Constitution of Connecticut (1818) pursuant to Article Tenth General Provisions §1 Article First Declaration of Rights § 2, ( Haines V kerner, 404 US 519 919720 , & Platsky V CIA Case #953 F2d 26) FOR RECORDER'S USE (See page 1 through 17 for Certificate of Mailing.) NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL; NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT (Applicable to all Successors and Assigns) Rule 44. §678 [former] (Books and papers in certain district courts), Rule 44. §695 [now 1732] (Writings and records made in regular course of business; admissibility) and Rule 44. §695e [now 1741] (Foreign documents on record in public offices; certification) For Official Use Only.
Julia Grantor and Brown Sole-Beneficiary,
Appears as: Sui Juris Pro Se, Sui Juris, In Propia Persona and
 Pro Per Information (Sui Juris) in
cited at Conn. Const., art. I § 2
NUBIA EL BEY FAMILY non-negotiable PRIVATE
International Cestui Que Vie **International Xpress Constitutional Irrevocable Complex Trust**,
 to person(s) entitled Other reason for distribution: Public Law 89-719, Public Law 73-10, aka HR 3835, aka HJR-192, aka 31 USC 5118 d2, aka 12 USC 95 a 2; H.R.3363; H.R.4037 — 116th Matters Act CLAIM Act under Civil Relief Act 50 U.S.C. 3901-4043
C/o MAILING: 113 Evergreen Ave. Apt. 2
Hartford and State of Connecticut
Non-Domestic without the US Near [06105]

AUG 2 2021 PM3:06
FILED-USDC-CT-HARTFORD

**FOREIGN AFFIDAVIT OF ADJUDICATIVE FACTS OF INTERNATIONAL XPRESS CONSTITUTIONAL IRREVOCABLE COMPLEX STOCK TRUST -AND NOTICE TO TAKE JUDICIAL COGNIZANCE[1]**
The People of the United States
By the grace of GOD free and independent
FIAT JUSTITIA, RUAT COELU
**Case 3:21-M0048-RNC**

**RECORDING REQUESTED BY:**
Recording Requested and Return to
The **NUBIA EL BEY FAMILY** INTERNATIONAL
GOLD CONSTITUTIONAL TRUST
The people aka Julia Grantor and Brown Sole-Beneficiary
 Assignor or Authorized Representative
C/o MAILING: 169 south main street
West Hartford and State of Connecticut
Non-Domestic without the US Near [06107]

To Be Recorded on Court/Land Record of the name of the Heir of ALL things, redemption of securities held in the East Julia Ann Brown, Case 3:21-M0048-RNC

RE: Julia Grantor and Brown Sole-Beneficiary International Xpress Constitutional Irrevocable Complex Trust claims see Case 3:21-M0048-RNC: Bond # NOTICE P523 & SECURITY By: Article III, and VI

---

[1] Judicial cognizance: Judicial notice or knowledge upon which a judge is bound to act without having it proved in evidence. (pg. 849) The act by which a court, in conducting a trial, or framing its decision, will, of its own motion or on request of a party, and without the production of evidence, recognize the existence and truth of certain facts, having a bearing on the controversy at bar, .... discretionary: With Judicial Cognizance, the judge is BOUND to act: See Black's Law, 6th Ed, pg 847.

Constitution for United States ORDER (UCC see C.G.S. §§ 42a-8-402,1-308 & 3-104) In Accord with Article III, and Article VI Constitution for United States Instructions Not Subject to Negotiability filed, and good cause being found, demand remedy, relief and The Trustees hereby orders to enforce Article III, and VI Constitution for United States. Because the United States government is a republican one in which the will of the people ought to prevail, and because that will ought to be expressive of an informed public opinion, the freedom of speaking and printing on subjects relating to that government— its elections, its laws, its operations, and its officers is vital to it.

THE PLAIN WRITING ACT OF 2010
(Haines V Kerner, 404 US 519 919720 & Platsky V CIA Case #953 F2d 26)

## POLITICAL STATUS

To Robert N. Chatigny Senior United States District Court Judge of the United States District Court of Connecticut and people, all Judicial Officer, Counsel or Attorney these Presents shall come, Greetings:

TITLE 18 > PART I > CHAPTER 79 > § 1621 Perjury generally   Whoever— (1) having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, that he will testify, declare, depose, or certify truly, or that any written testimony, declaration, deposition, or certificate by him subscribed, is true, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true;

This written testimony proceeds as follows: For the public record You Have Been Put on Notice: Julia Grantor and Brown Sole-Beneficiary as one of the people's Political Status, A Private man is invoking the Robert N. Chatigny Senior United States District Court Judge of the United States District Court of Connecticut under jurisdiction Article III Court and has jurisdiction according to 28 U.S.C. §§ 2241, 2242, 1331, 1350, 1361, 5 U.S.C. § 702, and the All Writs Act, 28 U.S.C. § 1651 for claims or issues dealing with federal law, Treaties, and the US Constitution. the Laws of Commerce, the eternal and unchanging principles of the law, Common law, U. S. Constitution, and the State of Connecticut Constitution, 28 U.S.C. §§ 2241, 2242, 1331, 1350, 1361, 5 U.S.C. § 702, and the All Writs Act, 28 U.S.C. § 1651. This under the Constitution, laws and treaties of the United States, including Article 3, Article 4, Article 6 and the State of Connecticut Constitution, Article First Declaration of Rights SEC. 2., U.C.C. 1-207/1-308/1-209; U.C.C. 1-103 thereto. See also Rasul v. Bush, 542 U.S. 466 (2004), Hamdan v. Rumsfeld, 548 U.S. 557 (2006), Boumediene v. Bush, 128 S. Ct. 2229 (June 12, 2008). Julia Grantor  Petitioner files on Brown Sole-Beneficiary own behalf.

The undersigned Julia Grantor and Brown Sole-Beneficiary: Authorized Representative, being of full age and sound mind, and Competent to testify, and will testify to the fact, interested in this proceeding as set forth in statement of account of the Terms of Acceptance Correction of Political Status to the people Security Agreement the issuance and service of enforcement Correction Authorized Representative's

2

Political Status to the people, in this matter of the Authorized Representative's consent After review of the finding of facts thereto, the judicial authority must take the following action Correction of Political Status to the people. This can only be obviated by Robert N. Chatigny Senior United States District Court Judge adhering to the rule that constitutional provisions for the security of freedom and property. Robert N. Chatigny Senior United States District Court Judge is bound to interpret the Constitution in the light of the law as it existed at the time it was adopted.

Authorized Representative do not owed allegiance to any U.S. Code, FRCP, RULE, UCC, C.G.S. etc. "The rights of the individuals are restricted only to the extent that they have been voluntarily surrendered by the citizenship to the agencies of government." City of Dallas v Mitchell, 245 S.W. 944, Deprivation of Rights under the color of law, deprivation of rights or freedom protected and secure by the Constitution of the United States see18 USC 242:  and

Authorized Representative is not a Subject[2], Citizen[3], National, Taxpayer, Commercial Official, Counsel or Attorney and

Authorized Representative is not a Corporation, Law firm, Franchise, Fiction or Artificial entity, and

Authorized Representative is a real "Flesh and Blood man, ", and

Without Prejudice in accordance with 41 U.S. Code § 6305 allowable assignments UCC 1-308; 1-103; 3-501(3)(ii) (or any derivatives thereof) Robert N. Chatigny Senior United States District Court Judge' Accepted for Full Value to provide for the common Defense right to due process of law and right to equal protection of the law against all enemies foreign and domestic and enforcement the United States Constitution and Returned for Settlement.  Pursuant to Article III, and VI Constitution for United States, Robert N. Chatigny Senior United States District Court Judge's Accepted for Full Value Oath of Office 28 USC 453, 455, duty to provide for the Common Defense of the people's political power at all times an undeniable and indefeasible right to alter their form of government in such manner as they may think expedient against all enemies foreign and domestic and enforcement of Julia Grantor and Brown Sole-Beneficiary as the Sole-Beneficiary Political Status as one of the People etc., and to be in compliance with all United States Constitutional provision in a timely matter to Correct Julia Grantor and Brown Sole-Beneficiary's Political Status to The People. Julia Grantor and Brown Sole-Beneficiary as the Authorized Representative reserves the right to audit all United States District Court records and activities of trustee of the to maintain good faith.

The Julia Grantor and Brown Sole-Beneficiary as the Authorized Representative is engaged in the ownership and use of freedom to speak, write, and publish the Authorized Representative sentiments on all subjects, belonging to Sole-Beneficiary as Authorized Representative see fit to use it, and as is Sole-Beneficiary's Constitutional freedom to do so, in a such manner as may think expedient. No law shall

---

[2] "SUBJECT. SUBJECT may imply a state of subjection to a person, such as a monarch, without much sense of membership in a political community or sharing in political rights ... It may on the other hand simply indicate membership in a political community with a personal sovereign to whom allegiance is owed." Webster's Third New International Dictionary, MERRIAM-WEBSTER INC., Publishers 1986, also see State vs Manual 20 NC 122, 14 C.J.S. 4, p 430 "[T]he term "citizen," in the United States, is analogous to the term "subject" in the common law."

[3] Title 42 USC 1983 provides in relevant part that: "every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State....subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution. ..shall be liable to the party injured...."

ever be passed to curtail or restrain the freedom of speech. Action by Judicial Authority (a) After review of the finding of facts thereto, the judicial authority must take the following action:

For the public record Notice: The affidavit Authorized Representative file with you is an Affidavit of fact and truth, if you fail to respond, You must file answer or Affidavit with the Court. Public Servant duty to Order Enforces execution Political Status for full Judgment will be entered against all the Public Servant for the relief demanded in the Foreign Affidavit of Adjudicative Facts of International Xpress Constitutional Irrevocable Complex Stock Trust. For the public record Know Ye All That; According To The Provisions Of The Uniform Commercial Code (UCC), You Have (30) Days From Receipt Of This Certified Mail Affidavit, To Respond [UCC 1-201(10)]. You Must Either Affirm Or Rebut Each Item On A Point By Point Basis And Such Response Must Be By Proper Affidavit Thereby Signed And Sworn By Oath And Affirmation Under Penalty Of Perjury. As a public servant it is your duty to make what is wrong, right, to make what is unclear, clear in the eyes of the People, not create a tort for your own salvation and Livelihood. If you as Public Servant do not rebut Authorized Representative affidavit Evidence acceptance of the fact and truth of Political Status herein. If what is right, is the Article III, and VI of the Constitution for United States Which was handed down from the Original people My Ancestors, to the incoming Public Servant; for ALL Public Servant to follow, The Constitution for United States and Constitution of the State of Connecticut Declaration of Rights, and the original treaties of the free people, and GOD given freedom, Ancestral freedom, Indigenous freedom, Common Law freedom, Constitutional freedom and ALL of the fundamental Freedoms to pursue Authorized Representative lawful undertakings, And If this is what is right then It Is CLEAR SOMETHING IS GREATLY WRONG. Restore the Julia Grantor and Brown Sole-Beneficiary political status to the People.

The Authorized Representative[4] on Behalf of Julia Grantor and Brown Sole-Beneficiary in Good Faith in the name and by the authority of the Sovereign authority of the Constitution as the Sole-Beneficiary Party in Interest Does Now Hereby acceptant Fiduciaries duties Performance Bond Public Servant, Robert N. Chatigny Senior United States District Court Judge's Oath of Office 28 USC 453, 455 see 29 U.S.C. 1104; 5 USC 3301; 40 U.S. Code § 3133 & 40 U.S.C. 3132: Above - name Authorized Representative as Secured Party Creditor moves that the Trustee, Robert N. Chatigny Senior United States District Court Judge to take constructive notice this action remove JULIA GRANTOR AND BROWN SOLE-BENEFICIARY From the Town, City, County, District, Territory, United States, States and the State of Connecticut's Public Records Political Status of the States Citizen, National, Tax Payer, Person, Public Vessels, Subject and Franchises rolls any derivatives thereof and to correct Authorized Representative as Secured Party Creditor's political status from Citizen, Sovereign Citizen, National, Tax Payer, Person, Public Vessels, Subject and Franchises to the people for the public record because: Above - name Authorized Representative as Secured Party Creditor declare under the penalty of perjury of laws U.S.A. pursuant to Oath of Office 28 USC 453, 455 see 28 U.S. Code § 1746 and this Declaration of Political Status of the people , and this includes all attached documents in Secured Party Creditor Private trusts file Performance Bond pursuant to Public Servant, judge Oath of Office 28 USC 453, 455 28 U.S. Code § 1746 USPS Service: Fax / Hand Delivery / Certified Mail, under C.G.C.§ 42a-UCC-1-207 Certified complete delivery Secure by Hon. Robert N. Chatigny Senior United States District Court Judge as trustee signature, trustee official seal or court time stamp, Return Receipt requested signed is acknowledged.

---

[4] Federal Rules of Civil Procedures, Rule 17, 28 USCA "Next Friend" A next friend is a person who represents someone who is unable to tend to his or her own interest. Also see NAACP v. Button, 371 U.S. 415); United Mineworkers of America v. Gibbs, 383 U.S.715; and Johnson v. Avery, 89 S. Ct. 747 (1969) Members of groups who are competent nonlawyers can assist other members of the group achieve the goals of the group in court without being charged with "unauthorized practice of law."

4

Upon reading the Declaration of Political Status Filed by Authorized Representative on Behalf of Julia Grantor and Brown Sole-Beneficiary of Constitution for United States duly signed and verified by Authorized Representative as the Secured Parties sanding in Authorized Representative Unlimited Freedom, Unlimited Credit, Immunities, Common Law Rights, Political Power, Indigenous Rights, Ancestral Rights, Human Rights, reputation, life, freedom, houses, papers and possessions, Common Law Jurisdiction, rights to equal protection of the law and rights to due process of law. All Authorized Representative Fundamental Freedoms to pursue Authorized Representative Lawful Undertakings Secured by Constitution(s). I, Authorized Representative the living free woman with the given appellation Julia Grantor and Brown Sole-Beneficiary do say under penalty of perjury that I accept: recognize and acknowledge the above Definitive Treaty of Peace 1783 (aka: Treaty of Paris 1783), United States Constitution to wit: Article 1 through 7 in accordance with Conn. Constitution to wit: Article First Declaration of Rights 1 through 21 the Common Law provisions of Due Process of law as a private free woman being one of the people.:

The " Julia Grantor and Brown Sole-Beneficiary " are not the subjects of commerce and not being imported goods; they do not fall within the meaning founded upon within the constitution, of a power given to congress and judicial officers, supported by United States Constitution Article. III and Article. IV to make Rules for the Government and Regulation and regulate between two or more States;— between a State and Citizens of another State,—between Citizens of different States,—between Citizens of the same State; between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects and commerce and the prohibition of the states for imposing a duty or tax on Citizens or Subjects and imported goods supported by United States Constitution Article. I. Section. 8.  And Article. III The Congress and judicial officers, shall have Power To make Rules for the Government in Accordance with Rodriques v Ray Donavan [U.S. Department of Labor,] 769 F. 2d 1344, 1348 [1985].  The United States District Court's Rules, policies and procedures cannot revoke the Sovereign power of the people to override itself as thus declared." See: Perry v. United States, 294 U.S. 330, 353 (1935). In the World, the United States and States the People are Sovereign, and the United States District Court or government cannot sever its Trusteeship relationship to the People by taking away their freedom by making them into Citizens, Counsel or Attorney of the United States thereby Subjects to United States District Court will as the Custodian as Trustee(s) of Article III, and Article VI Constitution for United States. Judge does not follow statutory procedure, Armstrong v.
Obucino, 300 Ill 140, 143 (1921)

This Notice is in the nature of a Miranda Warning. Take due heed of its contents. If, for any reason, you do not understand any of these statements or warnings, it is incumbent upon you to summon a superior officer, special prosecutor, federal judge, or other competent legal counsel to immediately explain to you the significance of this presentment as per your duties and obligations in respect to this private, formal, registered common law Staple Securities Instrument in accord with Article III, and Article VI Constitution for United States. As per Oath of Office 28 USC 453, 455 in accord with Title 11 USC 501(a), 502(a), 11 USC 7001, 7013, and Federal Rules of Civil Procedure Sections 8-A, AND 13-A, the claim or presumption that the Authorized Representative, is a Counsel, Attorney, Sovereign Citizen, citizen or National, to the "United States, any States or State of Connecticut" or any of its agencies or sub-corporations is forever rebutted by this contract. This rebuttal is a counterclaim in common law.

**Notes of Advisory Committee on Rules—1966 Amendment**

Rule 44. Subdivision (a)(2). Foreign official records may be proved, as heretofore, by means of official publications thereof. See United States v. Aluminum Co. of America, 1 F.R.D. 71 (S.D.N.Y. 1939). Under this rule, a document that, on its face, appears to be an official publication, is admissible, unless a party opposing its admission into evidence shows that it lacks that character.

The rest of subdivision (a)(2) aims to provide greater clarity, efficiency, and flexibility in the procedure for authenticating copies of foreign official records.

Point of Law: All Oath of Office or contracts commence an offer and only become binding upon acceptance.  See: "Contracts" by Farnsworth, third edition, sect. 3.3, pages 112, 113. Infra.

The Constitutional laws covering judges and other public officials are to be found at Article III, and Article VI Constitution for United States see 5 U.S.C. 3331, 28 U.S.C. 543, and 5 U.S.C. 1983. States typically have similar laws. A judge trespasses upon the court unless he complies with all of the provisions of Article III, and Article VI Constitution for United States. Once a proven trespasser upon the court (upon the law) not one of his judgments, pronouncements or orders have validity. All constitute nullities and have void status.

The Hon. Robert N. Chatigny Senior United States District Court Judge as the Trier of Fact Original signed Sworn Order, Blue ink signature and seal of the court pursuant to 18 U.S. Code § 505 in accordance with 28 USC 453, 455 under the penalty of perjury and Service Express Constitutional Irrevocable Complex Trusts -Claims Signed by Authorized Representative as specified and Accordance with Rule 44. §695 [now 1732] (Writings and records made in regular course of business; admissibility) and Rule 44. §695e [now 1741] (Foreign documents on record in public offices; certification), To certify a document was Filed on United States District Court's Clerk office of the court records: Silence is Acquiescence, Agreement, and in Good Faith. Estoppel conditions apply upon default. This is a binding self-executing contract pursuant to 28 USC 453, 455. Acceptance between the parties. It becomes operative when completed by delivery or notification of the Notice to Respondent Inferior is Notice to Respondent Superior. Notice to Respondent Superior is Notice to Respondent Inferior. You have (30) Days You will need to rebut by means of a sworn Affidavit of your own, written under the same criteria, namely: From first-hand knowledge, and under penalty of perjury, from the time of receipt of this bond to do so before Clerk of the United States District Court office is closed of Business, after the (31) day an uncontested unrebutted unanswered Affidavit Statement of Truth in law as true and fact but will also become A binding contract at the closed of Clerk of the United States District Court office. the Trustees of the Form the of the Robert N. Chatigny Senior United States District Court Judge as the Trier of Fact, Successors Contractor, and Assigns Received this notice and forevermore.

I. Electronically – filing: /s/ Hon. Robert N. Chatigny Senior United States District Court Judge or Clerk Signatures: Any order or other United States District Court -issued document filed electronically and entered /s/ Hon. Robert N. Chatigny Senior United States District Court Judge or court clerk per the order of the judges shall reflect the judge, or clerk's signature as: Robo- signing court order /s/. A certified copy of an order or other court-issued document bearing the electronic Robo- signature of I./s/ Hon.

6

Robert N. Chatigny Senior United States District Court Judge, or duly authorized clerk shall not have the same force and effect as if the document contained the handwritten signature of Hon. Robert N. Chatigny Senior United States District Court Judge, or clerk Under the common law. Anyone of good State Bar Members, America Bar Members or a Lawyer can Produce facsimile of electronic Robo-signature on the court order see Robo-Signing"; Count VII: "(Violation of the 28 USC 453, 455... Pursuant to 15 U.S.C. § 1640(e), see State v. Orr, AC 40886.

It is deeply distressing that Robert N. Chatigny Senior United States District Court Judge of the United States District Court of Connecticut, whose mission is to protect the constitutional freedom of the people of the United States, should even appear to be seeking to subvert them by extreme and dubious legal argument.

**Trustor and Trustees**
The Letters of Testamentary Issue and Trusteeship
Issue to of the following Trusts:
Robert N. Chatigny Senior United States District Court Judge
Clerk of U.S. District Court
United States District Court of Connecticut
450 Main Street, Hartford Ct. 06103

## PUBLIC INTERNATIONAL XPRESS CONSTITUTIONAL IRREVOCABLE COMPLEX STOCK TRUST

Robert N. Chatigny Senior United States District Court Judge as a Government official, presented, here agree to accord to the presenter, Julia Grantor and Brown Sole-Beneficiary being the People, the sole-Beneficiary -Represented Interest, the freedom, per Article III, and VI Constitution for United States declared in the four referenced documents as a limitation upon Robert N. Chatigny Senior United States District Court Judge as Agent of United States District Court and Government official per Article VI Constitution for United States, Public International Express Constitutional Irrevocable Complex Stock Trusts. "As expressed otherwise, the powers delegated to Robert N. Chatigny Senior United States District Court Judge are held in trust for the people and are to be exercised on behalf of Sole-Beneficiary, the people who may need the intervention of the officer herein.

Notice: To the Robert N. Chatigny Senior United States District Court Judge as Trustee of the public Express Irrevocable Constitutional Complex Stock Trust the Constitution, ALL Attorney, Commercial Officials, Public Officers, and judicial Officers as Trustees possessing a superior knowledge of 'Constitution', is their Obligation to Enforce the United States Constitution according to Article. III and Article. VI, "As expressed otherwise, the powers delegated to judicial Officers of United States District Court as Trustees are held in Express Irrevocable Constitutional Complex Stock Trust for the people and are to be exercised on behalf of the people who is the Sole-Beneficiary of the United States Constitution and who may need the intervention of the judicial Officers of United States District Court as Trustees. Furthermore, the view has been expressed that all Attorney, Commercial Officials, Public Officers, and judicial Officers as Trustees within whatever branch of Corporation, Law firm, Franchise, government and whatever level of Corporation, Law firm, Franchise, government, and whatever be their private vocations,

are trustees of the people, and accordingly labor under every disability and prohibition imposed by United States Constitution upon trustees relative to the making of personal financial gain from a discharge of their Express Irrevocable Constitutional Complex Stock Trusts. That is, an Attorney, Commercial Official, Public Officer, judicial Officer as Trustee occupies a fiduciary relationship to the people on whose behalf he or she serves and owes a fiduciary duty to the people. It has been said that the fiduciary responsibilities of a Attorney, Commercial Official, Public Officer, and judicial Officer as Trustee cannot be less than those of a private individual. Furthermore, it has been stated that any enterprise undertaken by the Public Officers, judicial Officers as Trustees, which tends to weaken the people's confidence in Express Irrevocable Constitutional Complex Stock Trust the Constitution for United States and undermine the sense of security in the people's freedom. "[Oath of Office 28 USC 453, 455 Public Officers, judicial Officers as Trustees and Employees, 5 U.S.C. 3331]" RESTORE THE SOLE-BENEFICIARY **POLITICAL STATUS TO THE PEOPLE**.

Whereas Every benefit of the people Evidence in Constitution for United States created by the people and Sole-Beneficiary's acceptance of 1789 Article. Article III, and VI Constitution for United States is a Trust Asset to which the respective Trustees as Holders (Custodian of the Legal 1789 Article III, and VI Constitution for United States) are the Trustees as Custodian of Articles 1 through 7 Constitution for United States.

The UNITED STATES is operating under Articles 1 through 7 Constitution for United States.

Name of Public Officers, Robert N. Chatigny Senior United States District Court Judge, the Trustees as Custodian of the Legal 1789 Article III, and VI Constitution for United States are US vessels operating in commerce.

The UNITED STATES is the holder of the principal obligation for all US vessels as Custodian of the Legal 1789 Article III, and VI Constitution for United States.

The Attorney, Commercial Officials, Public Officers, judicial Officers as Trustees and Custodian of the Legal 1789 Article III, and Article VI Constitution for United States is a court in Admiralty and enforces the Robert N. Chatigny Senior United States District Court Judge's order of the UNITED STATES and all US vessels which has acted outside delegated Constitutional authority see18USC§241-242: Conspiracy to and taking away any of the Guaranteed Rights of the People Under Color of LAW.....42 SUC §1983: Infringing upon any of these freedom Secure to the people by the Constitution and thereby automatically causing damage subject to civil action in Public and Individual capacities. Judge does not follow statutory procedure, Armstrong v. Obucino, 300 Ill 140, 143 (1921) . (See court's order attached).

The specific statutory duties of a trustee are set forth at 28 USC 453, 455 Oath of Office. The trustee shall: 5 U.S.C. 3333 requires Robert N. Chatigny Senior United States District Court Judge sign an affidavit that United States District Court Judge have taken the oath of office required by 5 U.S.C. 3331 and have not or will not violate that oath of office during their tenure of office as defined by the third part of the law, 5 U.S.C. 7311 which explicitly makes it a federal criminal offense (and a violation of oath of office) for anyone employed in the United States Government (including members of Congress) to "advocate the overthrow of our constitutional form of government". The fourth federal law, 18 U.S.C. 1918 provides

penalties for violation of oath office described in 5 U.S.C. 7311 which include: (1) removal from office and (2) confinement or a fine.

The definition of "advocate" is further specified in Executive Order 10450 which for the purposes of enforcement supplements 5 U.S.C. 7311. One provision of Executive Order 10450 specifies it is a violation of 5 U.S.C. 7311 for any person taking the oath of office to advocate "the alteration ... of the form of the government of the United States by unconstitutional means." Our form of government is defined by the Constitution of the United States. It can only be "altered" by constitutional amendment. Thus, according to Executive Order 10450 (and therefore 5 U.S. 7311) any act taken by government officials who have taken the oath of office prescribed by 5 U.S.C. 3331which alters the form of government other by amendment, is a criminal violation of the 5 U.S.C. 7311. 28 U.S.C. §§ 455 & 144.

## LEGAL GROUNDS
## STATUS:

Ableman v. Booth, 21 Howard 506 (1859) "No judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued; and an attempt to enforce it beyond these boundaries is nothing less than lawless violence."

"All Sovereign, private people inhabitants shall have free access to all judicial courts of the several states. All clerks and / or deputy shall file all documents of paper for any and / or all-sovereign, private people inhabitants; free and without charge of fees." – Crandall vs. State of Nevada, 73 U.S. 35"

Simmons v. United States, 390 U.S. 377 (1968) "The claim and exercise of a Constitution right cannot be converted into a crime"... "a denial of them would be a denial of due process of law".

"See: Boyd Vs. U.S., 116U.S.616. If it is law, it will be found in the Constitution; if it is not to be found there, it is not law. The Constitution is the supreme law of the land."

Duncan v. Missouri, 152 U.S. 377, 382 (1894) Due process of law and the equal protection of the laws are secured if the laws operate on all alike, and do not subject the individual to an arbitrary exercise of the powers of government.

Picking v. Pennsylvania Railway, 151 F.2d. 240, Third Circuit Court of Appeals, the plaintiff's civil rights pleading was 150 pages and described by a federal judge as "inept". Nevertheless, it was held "Where a plaintiff pleads pro se in a suit for protection of civil rights, the Court should endeavor to construe Plaintiff's Pleadings without regard to technicalities."

Juliard v. Greeman, 110 U.S. 421 (1884) Supreme Court Justice Field, "There is no such thing as a power of inherent sovereignty in the government of the United States... In this country, sovereignty resides in the people, and Congress can exercise power which they have not, by their Constitution, entrusted to it. All else is withheld."

9

"The Constitution is the voice of the people speaking in their sovereign capacity, and it must be heeded; when the Constitution speaks with reference to a particular matter, it must be given effect as the paramount law of the land." People v. Parks, 58 cal. 624.

"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts. And the law is the definition and limitation of power." Yick Wo v. Hopkins, 1 1 8 US 356.

Mattox v. U.S., 156 US 237,243. (1895) "We are bound to interpret the Constitution in the light of the law as it existed at the time it was adopted."

S. Carolina v. U.S., 199 U.S. 437, 448 (1905). "The Constitution is a written instrument. As such, its meaning does not alter. That which it meant when it was adopted, it means now."

US. SUPREME COURT DECISION - "...every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowman without his consent." [Cruden v. Neale, 2 N.C. 338 (1796) 2 S.E.]

Thomas Jefferson said: A free people [claim] their rights as derived from the laws of nature, and not as the gift of their chief magistrate." --Thomas Jefferson: Rights of British America, 1774. ME 1:209, Papers 1:134

"Local laws or ordinances enacted by a city must be consistent with the state Constitution." Bell v. Vaughn, 1 55 Fla. 55 1, 2 1 So. 2d 3 1, Evans v. Berry, 262 N.Y. 6 1, 1 86 N.E. 203, 89 A.L.R. 387

STATEMENT OF CAUSE OF ACTION:

"The Constitution is the voice of the people speaking in their sovereign capacity, and it must be heeded; when the Constitution speaks with reference to a particular matter, it must be given effect as the paramount law of the land." People v. Parks, 58 cal. 624.

"Sovereignty itself is, of course, not subject to law, for its is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts. And the law is the definition and limitation of power." Yick Wo v. Hopkins, 1 1 8 US 356.

"All codes, rules, and regulations are unconstitutional and lacking due process of Law." Rodrigues v. Ray Donavan, UNITED STATES Department of Labor, 769 F.2d 1344, 1348 (1985)

## JUDGES' FIDUCIARY OBLIGATIONS

[T]he courts were designed to be an intermediate body between the people and the legislature, in order, among other things, to keep the latter within the limits assigned to their authority. . . . It therefore belongs to [judges] to ascertain [the Constitution's] meaning, as well as the meaning of any particular act proceeding from the legislative body. If there should happen to be an

10

irreconcilable variance between the two, that which has the superior obligation and validity ought, of course, to be preferred; or, in other words, the Constitution ought to be preferred to the statute, the intention of the people to the intention of their agents.73 THE FEDERALIST NO. 78, at 394 (Alexander Hamilton)

Having established the basic fit of the fiduciary model for judges in our governance system in the previous paragraph, let us explore some practical ramifications. In so doing, we specify the conventional fiduciary duties and then translate what they mean for judges. Although the specific application of these duties may vary according to a judge's particular circumstances, the set of judicial fiduciary duties that follow are widely applicable to all judges. From the most basic aspects of judging, such as judicial impartiality, immunity from civil liability, and legal research and opinion writing, to more provocative areas of inquiry such as judicial ethics and the relevance of public opinion in controversial cases, the fiduciary model illuminates the judge's role in American democracy.

We proceed first by applying the basic fiduciary duties to the judge: the duties of loyalty, care, and a cluster of duties including candor, disclosure, and accounting. We then expand outward to explore a fiduciary command particular to those in public office: the duty of deliberative engagement. The exploration in this part reveals the extent to which the judge-as-fiduciary model is already reflected in current judicial practices. And it also suggests some areas where we might take the model more seriously in thinking about how to regulate judges and how judges should behave.

For centuries, legal theorists and political philosophers have unsuccessfully sought a unified theory of judging able to account for the diverse, and oftentimes conflicting, responsibilities judges possess. A review of these theoretical frameworks reveals how the law governing fiduciary relationships sheds new light on this age-old pursuit, and therefore, on the very nature of the judicial office itself. Research explores the routinely overlooked, yet deeply embedded historical provenance of our judges-as-fiduciaries framework in American political thought and in the framing of the U.S. Constitution. It explains why a fiduciary theory of judging offers important insights into what it means to be a judge in a democracy, while providing practical guidance in resolving a range of controversial legal issues surrounding judicial performance, such as judicial ethics at the Supreme Court, campaign contributions in state judicial elections, and the role of public opinion in constitutional interpretation. See, for example, Geer v. Connecticut, 161 U.S. 519, 529 (1895); Illinois Central Railroad Co., 146 U.S. at 453; United States v.1.58 Acres of Land, 523 F. Supp. 120, 122–23 (D. Mass. 1981). For application in the state courts, see, for example, Shepard v. State, 897 P.2d 33 (Alaska 1995); Arizona Center for Law in the Public Interest v. Hassell, 837 P.2d 158 (Ariz. Ct. App. 1991); National Audubon Society v. Superior Court of Alpine County, 658 P.2d 709 (Cal. 1983); Ridenour v. Furness, 504 N.E.2d 273 (Ind. Ct. App. 1987); State v. City of Bowling Green, 313 N.E.2d 409 (Ohio 1974). See also Wood, supra note 46, at 45–46 ("In the United States, the [public trust] doctrine is evident in hundreds of judicial decisions, including landmark United States Supreme Court opinions.").

In some ways, this is the same vision of judicial review expressed in Mary Sarah Bilder's The Corporate Origins of Judicial Review, 116 YALE L.J. 502 (2006) and in Natelson's Judicial Review, supra note 15, at 281. Some U.S. cases that follow this general vision include United States v. Carter, 217 U.S. 286, 306 (1910); United States v. Kearns, 595 F.2d 729, 734 (D.C. Cir. 1978); Fuchs v. Bidwill, 334 N.E.2d 117, 119–20 (Ill. App. Ct. 1975); City of Minneapolis v. Canterbury, 142 N.W. 812, 815 (Minn. 1913); and Driscoll v. Burlington-Bristol Bridge Co., 86 A.2d 201, 222–23 (N.J. 1952). As highlighted in what follows, much less attention has been paid to the fact that the judge is just another public officeholder in a fiduciary relationship with the governed, requiring some mechanisms to enforce fiduciary standards. See, e.g., Ill. Cent. R.R. Co. v. Illinois, 146 U.S. 387, 453 (1892) (noting the state's fiduciary obligation to safeguard property "in which the whole people are interested, like navigable waters and the soils under them").

See Wood, supra note 46, at 45 (At the core of the [public trust] doctrine is the antecedent principle that every sovereign government holds vital natural resources in 'trust' for the public present and future generations of the people the beneficiaries.).

That a judge holds the people's will in trust is as true in the federal government's design as it is in state governmental systems, which often tie judges even more directly to the people's will through Constitutional provisions, is the voice of the people speaking in their sovereign capacity, and it must be heeded. As James Madison argued in The Federalist, "federal and State governments are in fact but different agents and trustees of the people, constituted with different powers, and designed for different purposes." All judges, state and federal, fall within this ambit. In this vein, Thomas Jefferson observed that judge and citizen are bound in a relationship of "confidence"; confidential relationships are nearly indistinguishable from fiduciary relationships. According to John Locke, whose writings heavily influenced the founders, the entire state apparatus holds the people's power in trust. The judge, in performing his or her role responsibilities is "to be directed to no other end but the peace, safety, and public good of the people." And when the people delegate legislative power to political representatives, they "put the legislative power into such hands as they think fit; with this trust, that judge and citizen shall be governed by declared laws." An essential restraint on the authorization given to legislators is that a legal authority will control their behavior with the people's interests held in trust. To be sure, Locke is principally concerned with the trusteeship that the people's legislative representatives hold—and the people's ultimate power to judge whether the trust has been violated. But judicial power and legality can still be deemed delegated authority, and the delegation of judicial office itself establishes a trust.

## Duty of Loyalty

The core fiduciary duty, applicable to all fiduciaries, is the duty of loyalty. Loyalty, properly understood in the fiduciary context, amounts to a duty of unselfishness. As Professor Lynn Stout observes, "The keystone of the duty of loyalty is the legal obligation that the fiduciary use her powers not for her own benefit but for the exclusive benefit of her beneficiary." The fiduciary is prohibited from engaging in self-interested transactions and is required to pursue the interests of

her/his beneficiary above her/his own. So "inflexible" is the duty of loyalty that it requires a fiduciary to be "undivided" and "undiluted" in her/his faithfulness.

Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his/her office: "I Judicial Officer, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Judicial Officer under the Constitution and laws of the United States. So help me God." 28 U.S. Code § 453 - Oaths of justices and judges

Whereas, said Fiduciary's responsibilities are to exercise scrupulous good faith and trust towards and for the benefit and on behalf of Arden Santana, "Executor Party in Interest Intervener" and private woman, one of the We the People domiciled on the land, the exclusive and limited purpose of accepting and receiving all liabilities, accepting and receiving all service of process and other documents, instruments, bonds or other important papers, to appear and discharge, settle and close all matters material to above referred to as one of the We the People a/k/a public, citizen/private citizen, civilian taxpayer or Person in all-capital-letter-assemblages, the same shall be by order of Arden Santana, "Executor Party in Interest Intervener" or other delegate or appointee of Arden Santana, "Executor Party in Interest Intervener," including assignments for or on behalf of the principal, We the People: Arden LaShay Santana, including any alphabetical or numerical variation thereof as described above, and to do all other acts requisite to faithfully execute said appointment, fully, faithfully, specially under this appointment.

Robert N. Chatigny Senior United States District Court Judge United States District Court of Connecticut, take Judicial Cognizance: Your Oath of Office, i.e. Constitutional contract with We The Sovereign People, the Article III, and VI Constitution for United States, addresses the Right of the People to petition the Government for a redress of grievances. TAKE JUDICIAL COGNIZANCE: The Article III, and VI Constitution for United States, Boyd v. United, 116 U.S. 616 at 635 (1885), Downs v. Bidwell, 182 U.S. 244 (1901), Gomillion v. Lightfoot, 364 U.S. 155 (1966), cited also in Smith v. Allwright, 321 U.S. 649.644, Juliard v. Greeman, 110 U.S. 421 (1884), Mallowy v. Hogan, 378 U.S. 1, Miranda v. Arizona, 384 U.S. 426, 491; 86 S. Ct. 1603, Norton v. Shelby County, 118 U.S. 425 p. 442, Simmons v. United States, 390 U.S. 377 (1968), Platsky V CIA Case #953 F2d 26 & United States V International Business Machines Corp. 517 U.S> 643(1996), & Jenkins v. McKeithen, 395 U.S. 411, 421 (1959)

### FOREIGN AFFIDAVIT OF ADJUDICATIVE FACTS

1. The subject of the harassment (Authorized Representative in this case) is writing this Statement of Truth (**Foreign Affidavit of Adjudicative Facts of International Xpress Constitutional Irrevocable Complex Trust**), Authorized Representative's Complaint is based in part on discrimination and political affiliations by lawyers and lawyer-judges, under 42 USCA 1983 & 1985. See reversal case Acevedo-Diaz v Aponte (1993, CA1 Puerto Rico) 1 F3d 62, summary op at (CA1 Puerto Rico) 21 M.L.W. 3212, 14 R.I.L.W. 389, under penalty of perjury. This being the case, what I am writing will be "the truth, the whole truth, and nothing but the truth", and will thus be based on first-hand knowledge. This non-negotiable and non-transferable protected agreement is made and entered this 07/29/2021  by and between The Authorized Representative Consumer,

Secured Party and Sole-Beneficiary Private Cestui Que Vie International Xpress Constitutional Irrevocable Complex Trust  and the Trustee as the President, Congressman, Governor, Commissioner, Attorney, Sheriff, Police officer, State Police officer, magistrate, Executive Officer, Federal Employee, State Employee, Commercial Employee, Secretary ,Clerk, State Bar Member, American Bar Member, judge and judicial officers of court, Successors and Agents, John Doe and Jane Doe, 1 to 1,000,000 Fiduciaries, any organ, all parties involved, public vessels and Civil servants. Authorized Representative Assign the Agents of Town, City, County, District, Territory, United States of America, States and the State of Connecticut, Law Firms, Corporations and Government has Authorized Representative authorization limited Power of Attorney to make any and all assign this Etters of testamentary issue and trusteeship issue to of the following necessary to bring this declaration of International Xpress Constitutional Irrevocable Complex Trust into complete and lawful enforcement of 1789 Article. I Section. 1, 8, 10, IV. Section. 1, and VI Constitution for United States Re: 5 U.S. Code § 3331and Article First Declaration of Rights SEC. 2. 1818 Constitution The state of Connecticut Re: CGS § 1-25 lawful compliance: Notice to Principal or Agent Inferior is Notice to Agent or Principal Superior. Notice to Agent or Principal Superior is Notice to Principal or Agent Inferior.

2.   The President, Congressman, Members of the General Assembly, Governor, Commissioner, Attorney, Sheriff, Police Officer, State Police officer, Magistrate, Executive Officer, Federal Employee, State Employee, Commercial Employee, Secretary, Clerk, State Bar Member, American Bar Member, judge, and Judicial Officer of Court, I, have sent a copy of this Foreign Affidavit of Adjudicative Facts of International Xpress Constitutional Irrevocable Complex Trust, comprising my declaration. You will have to REBUT EACH POINT in order to ward off the possibility of a Lien. You have 30 (thirty) days to do so, but I can assure you that you will not be able to rebut Even One Single Point. You will need to rebut by means of a sworn Affidavit of your own, written under the same criteria, namely: From first-hand knowledge, and under penalty of perjury.

3.   Any points you manage to rebut will be removed from my Declaration, and the remainder kept as my final Foreign Affidavit of Adjudicative Facts of International Xpress Constitutional Irrevocable Complex Trust. The result will be Authorized Representative (by Acknowledgments of a Trustee) to become My Statement of Truth, which will not only become The Truth, in Law – but will also become self-executing contract (CGS 42ai) U.C.C. (c) 3-501 (2) (a), (b). Acceptance between all parties Involved John Doe& Jane Doe 1 to 1,000,000 and A Judgment, In Constitutional Law.

4.   That being the case, no Hearing will be required. Because self-executing contract Acceptance between all parties Involved John Doe& Jane Doe 1 to 1,000,000 and the judgement has already been made by the truth. (That's Common Law!) Expressions defined in Act IX of 1872 in this Act, unless there be something repugnant in the subject or context, "registered" means registered under the law for the registration of documents for the time being in force: a person is said to have "notice" of a fact either when he actually knows that fact, or when, but for willful abstention from inquiry or gross negligence, he would have known it, or when information of the fact is given to or obtained by his agent, under the circumstances mentioned in the Contract Act, 1872, section 229; and all expressions used herein and defined in the Contract Act, 1872, shall be deemed to have the meanings respectively attributed to them by that Act.

5.   The Authorized Representative will seek damages are in the collateral values up but not limited to the sum of 9,000,000 in lawful money US Gold American Eagle 50 Coins dollars denominations of .999 fine Gold United States Mint, 31 USC 5112, per violation of contract per Civil Servants, Federal Employee, State Employee, Commercial Officials, Attorney and 9,000,000 American

Eagle Gold dollars Coins per violation and non-Job Performance per individual person in lawful money enforced in the tribunals.

6. I will then place a Public Advertisement, warning whomsoever may be concerned, that your creditworthiness is henceforth highly suspect. I will inform Credit Reference Agencies to this effect. I would then be Lawfully Entitled to seizures Any of Your Property, up to (and including) the value of the Lien.

7. This process will occur in a LAWFUL manner – because The President, Congressman, Members of the General Assembly, Governor, Commissioner, Attorney, Sheriff, Police officer, State Police officer, Magistrate, Executive Officer, Federal Employee, State Employee, Commercial Employee, Secretary ,Clerk, State Bar Member, American Bar Member, judge, and Judicial Officer of Court, you are given the chance to REBUT IN SUBSTANCE - and I will thus retain entirely 'clean hands' (unlike The President, Congressman, Governor, Commissioner, Attorney, Sheriff, Police officer, State Police officer, magistrate, Executive Officer, Federal Employee, State Employee, Commercial Officials, Members of the General Assembly, and all Civil Servants,  or Agents, look at yourselves, which is why your mechanism is UNLAWFUL, and why I am able to counter it by this LAWFUL means).

a. Even if I make an honest mistake, WHICH YOU FAILED TO REBUT, my mistake BECOMES THE TRUTH, IN LAW. You will not be able to claim 'immunity', 'libel', 'slander', etc., because you were given thirty days to rebut the Declaration of International Xpress Constitutional Irrevocable Complex Trust, before Thirty First (31) day the Declaration of International Xpress Constitutional Irrevocable Complex Trust become law and must be accepted as true by all Civil Servants, and Agents. Affidavit uncontested unrebutted unanswered Morris v National Cash Register, 44 S.W. 2d 433 Morris v National Cash Register, 44 S.W. 2d 433, clearly states at point #4 that "uncontested allegations in affidavit must be accepted as true." Fed. R. Civ. P. 7; Fed. R. Civ. P. 11(a).

b. If a deponent fails to answer a question propounded or submitted under Rule 30 or 31, or a corporation or other entity fails to make a designation under Rule 30.02(6) or 31.01(2), or a party fails to answer an interrogatory submitted under Rule 33, or if a party, in response to a request for inspection submitted under Rule 34, fails to respond that inspection will be permitted as requested or fails to permit inspection as requested, the discovering party may move for an order compelling an answer, or a designation, or an order compelling inspection in accordance with the request. When taking a deposition on oral examination, the proponent of the question may complete or adjourn the examination before he applies for an order. (ii) If the court denies the motion in whole or in part, it may make such protective order as it would have been empowered to make on a motion made pursuant to Rule 26.03. (c) Evasive or incomplete answer. For the purposes of this rule an evasive or incomplete answer is to be treated as a failure to answer. Rule 37.01.

c. Affidavit uncontested unrebutted unanswered - [United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981); Cert. Denied, 50 U.S. L. W. 2169; S. Ct. March 22, 1982 1982] "Indeed, no more than affidavits is necessary to make the prima facie case." [United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981); Cert. Denied, 50 U.S. L. W. 2169; S. Ct. March 22, 1982]

d. By a failure to REBUT IN SUBSTANCE you would have tacitly acquiesced to my Foreign Affidavit of Adjudicative Facts of Declaration of International Xpress Constitutional Irrevocable Complex Trust as Truths, in Law. 50 U.S. L. W. 2169; S. Ct. March 22, 1982 1982] "Indeed, no more than affidavits is necessary to make the prima facie case." [United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981); Cert. Denied, 50 U.S. L. W. 2169; S. Ct. March 22, 1982] The result will be Judgment, Common Law to become My Statement of Truth, which will not only become THE TRUTH, IN LAW – but will also become A Judgment, in Common Law

e. REBUT IN SUBSTANCE does not comprise simply dismissing my Foreign Affidavit of Adjudicative Facts of Declaration of International Xpress Constitutional Irrevocable Complex Trust. That is mere gainsaying. "IN SUBSTANCE" means "accompanying with HARD proofs" (in this case, "to the contrary"). No need of hearing for "Uncontested Affidavit taken prima facie Evidence of the true, any points you manage to rebut will be removed from my allegations, and the remainder kept as my final Affidavit. No hearing is necessary become an affidavit that is unrebutted and unanswered stand as fact must be accepted as Judgment, in Common Law, Notice to Principal is Notice to Agent: Notice to Agent is Notice to Principal.

8. As a part of the International Gold Lien, I will demand a substantial sum in recompense/settlement of the damages.

9. Being Common Law construct, the only way this International Gold Lien can be removed is:
   a. By Enforcement of International Xpress Constitutional Irrevocable Complex Trust.
   b. By Full Payment of the International Gold Lien … in which case I will remove it.

## Instructions/Stipulations to Trustees, Civil Servants, Public Officials, Commercial Officials, Successors, Agents, and any Organ

10. Non-negotiable private Constitutional Irrevocable Complex Trusts Indemnity Bond secured agreement does hereby assign, United States Constitution Article. III and Article. IV in accordance with Title 9, Title 12 U.S.C. of Notice of Authorized Representative's Demand for Specific Job Performance Robert N. Chatigny Senior United States District Court Judge of the United States District Court of Connecticut under United States Constitution Article. III in accordance with OATH OF OFFICE 28 USC 453, 455 in accordance with 19 U.S. Code § 1623; [USC02] 15 USC Ch. 2B and UCC: - 8-402 Accepted for full value this presentment, attachments and ALL related endorsements, front and back, in accordance with (Uniform Commercial Code) UCC: - 3-419, Public Law Chapter 48,48 stat112, House Joint Resolution 192 of JUNE 5, 1933 and P.L. 73-10, 48 stats 31 of the Agricultural Adjustment Act of 1938 Against public policy. Please release ALL proceeds, products, accounts, and fixtures of Counsel of record Agents, of the United States District Court for taking freedom to travel and property of Authorized Representative secure in United States Constitution Article. III and Article. IV for just compensation and the order of the state of Connecticut Constitution law to me immediately. If Officers do not perform your duty and Obligation of Trustees name Commercial Officials, Government Officers and Contractor, Successors and Agents will be in breach of United States Constitution Article. III and Article. IV. I declare under penalty of perjury under the laws of the Constitution for United States of America Pursuant to OATH OF OFFICE 28 USC 453, 455 that the foregoing is true and correct. Executed all times and in all places, nunc pro tunc (now for

16

then) Thirty (30) days from time the Trustees of Commercial Officials, Government Officers and Robert N. Chatigny Senior United States District Court Judge as the United States Government Officials Received this notice and forevermore.

11. Notably, however, defenses and counterclaims are not available to the account Trustees of U.S. District Court, Robert N. Chatigny Senior United States District Court Judge of record for the s United States District Court All Parties Involved John Doe & Jane Doe, 1 to 1,000,000,000 Successors and agents as United States Government Officers D/B/As, A.K.A. (d/b/a, a.k.a.), and third-party assigns, jointly and severally, the Trustees of Commercial Officials, Government Officers and Authorized Representative (s) documents. UCC: -9-406(a), 3. UCC: - 9-406(a), 4. UCC: - 9-406(b)(1), 5. UCC: - 9-406, Official Comment 2, 6. In re Haley, 81 UCC rep. 2d 990 (Bankr. N.D. Ala. 2013), 7. UCC: - 9-406(b)(3) 8. UCC: - 9-406(c), (18 U.S.C.S. 4, 2382) & 28 USC 1746.

12. Notice to All Trustees of United States District Court Involved: I, Brown Sole-Beneficiary, inform official public protections for all people who you serve, Notice to The Trustees of U.S. District Court, Commercial Officials, Government Officers Involved: Furthermore, is hereby authorized via secure in United States Constitution Article. III and Article. IV etc. the Office of the Trustees of United States District Court Obligation is to provide for the common Defense of the United States Constitution Article. III and Article. IV against all enemies foreign and domestic, Re private Constitutional Irrevocable Complex Trusts Indemnity Bond for the record, The Trustees of Claims Commissioner Possessing a Superior Knowledge of United States Constitution Article. III and Article. IV" Accepted Full Value to provide for the common Defense right to due process of law and right to equal protection of the law against all enemies foreign and domestic and Enforce the United States Constitution Article. III and Article. IV Re: Foreign Affidavit of Adjudicative Facts Under Penalty of Perjury Civil and Criminal Trespass, in Violation of Constitution and 2012 C. G. S. TITLE 46A - Human Rights Complaint in Oath of Office 28 USC 453, 455 Pursuant to United States Constitution Article. III and Article. IV., for Judgment by default for failure to job, future commercial presentments of the public directed and pertaining by:// sole-Beneficiary.

## SUMMATION

Notice: The use of any statutes, codes, rules, regulations, Civil Procedure, Criminal Procedure, Doctrine, President Executive Order, Acts of Congress or court citations, within any document created by the Authorized Representative as Authorized Representative, at any time, is only to notice that which is applicable to Civil Servants, Agents, President, Governor, Members of Congress, Judicial officers, employees, State Bar Members, America Bar Members, Attorneys, or judges, and is not intended, nor shall it be construed, to mean that Authorized Representative or Sole-Beneficiary has consent, conferred, submitted to, or entered into any Administrative, Admiralty, Maritime, Statutory, or Foreign jurisdiction alluded to thereby. The rights of the individual's person are restricted only to the extent that they have been voluntarily surrendered by the citizenship to the agencies of government. City of Dallas v Mitchell, 245 S.W. 944. That Sole-Beneficiary is independent of all laws except those prescribed by nature. Sole-Beneficiary is not bound by any institution formed by his fellow men without his consent." Cruden v. Neale 2 Nc. 338(1796) 2 S.E. 70 The common law is the real law, the Supreme Law of the land, all codes, rules and regulations are applicable to the government authorities only, not the Authorized Representative and Sole-Beneficiary in accordance with Creator's laws. Self v. Rhay 61 Wn (2d) 261.

Respectfully Submitted I, Authorized Representative and Sole-Beneficiary (Sui Juris) being Signed under the penalties of perjury according to law as, non- Citizen or national of Connecticut

17

or United States of America, and States , non-domiciled in the State of Connecticut, or United States of America, and States and a de jure (Sui Juris) as Sole-Beneficiary thereof, hereby revoke, rescind and make void ab initio, all powers of attorney, in facts or otherwise, implied in law or otherwise, signed either by me or anyone else, as it pertains to Taxation Without Representation, Slavery, Indenturement, tyranny, and oppression under any Administrative, Admiralty, Maritime, Statutory, or foreign Jurisdiction, any and all contracts under US Code, Financial Policies, Internal Revenue Code, Canon law, Banking Code, Rule, General law, policy, General Statutes, Practice Book, Uniformed Commercial Code,  Administrator Town hall civil Cases Procedure, Civil and Criminal Procedure, Doctrine, Federal Power Commission, United States International Trade Commission, President Executive Order or Acts of Congress, Color of any Law, or of any other type and or certificates issued by any and all govern mental/quasi government and mental/quasi Corporation entities, due to use of the various elements of fraud by said agencies to deprive (Sui Juris) Sole-Beneficiary primary freedom, the exercise or enjoyment of Sole-Beneficiary's civil or political freedom, reputation standing in the people's sovereign Immunities. Authorized Representative hereby waive, cancel, repudiate, and refuse to knowingly accept any benefit and or gratuity attached to the above -mentioned items.

Should you move against Authorized Representative and sole-Beneficiary in defiance of this presentment, there is no immunity from prosecution available to trustee (s) or to any of trustee's fellow public officers, officials of government, officials of international government, officials of multinational government, officials of Corporation, judges, magistrates, Judicial officers, employees, Commercial Officials, international Bar Members, multinational Bar Members, State Bar Members, America Bar Members, clerks, or any other persons who become involved in the instant actions, or any future actions, against Authorized Representative and sole-Beneficiary by way of aiding and abetting.  Take due heed and govern yourself accordingly.  Any or all documents tendered to Authorized Representative and sole-Beneficiary, lacking bona fide wet ink signatures, Seal, or dates per title 18 U.S.C.A. § 513-514, are counterfeit security instruments causing you to be liable in Trustee(s) Corporate and individual capacity by fraudulent conveyance now and forevermore.  If and when Trustee(s)  cause any injury and/or damages to the sole-Beneficiary by violating any of the rights, civil rights, freedom, or any terms herein, you agree to voluntarily, with no reservation of rights and defenses, at the written request of the Authorized Representative and sole-Beneficiary, surrender, including but not limited to, any and all  Oath of Office, Bar Card[s], Charter, License[s], Bond[s], Mission Statement[s], public and/or corporate insurance policies, Commercial Security Contract, and CAFR funds as needed to satisfy any and all claims as filed against you by the sole-Beneficiary.  This applies to any and all trustees, agents, or representatives, individually and severally, of the "United States " or its subdivisions including local, state, federal, and/or international or multinational governments, corporations, agencies, and the like: or any of the subdivisions thereof, as described herein.

VERIFICATION

Respectfully Submitted by the Authorized Representative and sole-Beneficiary Affidavit pursuant to 29, United States Code, Title 1746 See Dickerson vs. Wainwrizht, 626 F.2d Title 1184, held affidavit sworn true and correct under penalty of perjury, has full force of law, and does not have to be verified by Notary Public. BY:// Authorized Representative and sole-Beneficiary: Printed Name of Petitioner Secured Party

Creditor Appears as: Sui Juris with Common Law Copyright, 2021 by the Assigner Holdings All Rights Reserved Signed Under the Pains and Penalties of Perjury Pursuant to UCC-C.G.S. §§42a- 1-207, 1-103, 1-308, 2-608, 3-608, 9501(a)(1) and 9503(b), and 9518 (c) (n.3) (3) And 9-105- under 17 U.S.C. § 102(a), 15 U.S.C. § 1051 et. seq... In witness hereunto set Authorized Representative hand pursuant to The Due Process of law Space Herein this Commercial Affidavit Security Agreement Successor Trustees Acceptance Letter Pursuant To Public Law 89-719, Public Law 73-10, aka HR 3835, aka HJR-192, aka 31 USC 5118 d2, aka 12 USC 95 a 2; H.R3363; H.R.4037 — 116th Matters Act CLAIM Act under Civil Relief Act 50 U.S.C. 3901-4043 FOR RECORDER'S USE 41 U.S. Code § 6305. Prohibition on transfer of contract and certain allowable assignments PURSUANT TO 11 U.S.C. § 547, chapter 16 of title 10, United States Code, 50 U.S. Code § 3931 Secure by trustee signature, trustee official seal or stamp (See page 1 through 8 for Certificate of Mailing.) NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL; NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT (Applicable to all Successors and Assigns)

Underwriter/Surety Notice: this instrument is non-negotiable unrebuttably instant claim for claimant's lawful lien, seizure, and liquidation (as required) of full penal value of all agents, officers, employees, and attorneys bonds and other security assets, to be escrowed, by and for the resulting breach of trust by agents, officers, employees, and attorneys.

UPU Treaty Notice: This instrument constitutes "Official Mail" under regulations and jurisdiction of Universal Postal Union Treaty with United States including the duties, obligations and penalties of Private Mail Carriers.

Notice: The use of any statutes, codes, rules, regulations, or court citations, within any document created by the Authorized Representative and sole-Beneficiary at any time, is only to notice that which is applicable to agents, officers, employees, and attorneys and is not intended, nor shall it be construed, to mean that Authorized Representative or sole-Beneficiary has conferred, submitted to, or entered into any jurisdiction alluded to thereby. "The rights of the individuals are restricted only to the extent that they have been voluntarily surrendered by the citizenship to the agencies of government." City of Dallas v Mitchell, 245 S.W. 944.

This privately held Non-Negotiable Security Agreement in hand cannot be discharged in bankruptcy court or any other court, as holder's property is exempt from levy. sole-Beneficiary Creditor accepts all signatures in accordance with UCC-C.G.S.§42a- 3-419. Adjustment of this recording is Constitution of Connecticut (1818) Article First Declaration of Rights §2., and UCC-C.G.S. §42a -1-104. All proceeds, accounts, and orders therefrom are released to sole-Beneficiary.

This Non-Negotiable Security Agreement instrument in hand supersedes any and all, but not limited to, documents or claims purporting to have a higher standing against Undersigned's bona-fide, original, wet ink signature set forth by proper English appellation Brown as sole-Beneficiary in correlating correct accounting practice Birth Certificate Number 004815 -001073647. Executed and sealed by the voluntary act of Authorized Representative and Sole-Beneficiary own hand. Authorized Representative and Sole-Beneficiary executes this Security Agreement certified and sworn on Authorized Representative and Sole-Beneficiary's unlimited liability true, correct, and complete, and accepts all signatures in accord with UCC-C.G.S.42a §3-419, Rule 44. §678 [former] (Books and papers in certain district courts), Rule 44. §695 [now 1732] (Writings and records made in regular course of business; admissibility) and Rule 44. §695e [now 1741] (Foreign documents on record in public offices; certification). I Have the right to update or to correct, any errors or mistake in this case.

19

Pursuant to Title 28, USC §1746(1) and executed "without the United States," I affirm under penalty of perjury under the laws of the united states of America that the foregoing is true and correct, to the best of my belief and informed knowledge. And Further deponent saith not. I now affix my signature and official seal to all of the above affirmations WITHOUT PREJUDICE to any of those rights pursuant to U.C.C. 1-207 and U.C.C. 1-103.6.with EXPLICIT RESERVATION OF ALL OF MY UNALIENABLE RIGHTS, to any of those rights pursuant to U.C.C. 1-207 and U.C.C. 1-103.6.

Grantor By:// *Julia*                                    Sole-Beneficiary By:// *Brown*

        Julia Grantor's Signature                                    Brown Sole-Beneficiary's Signature

Dated: 08/02/2021.